Certificate Number: 17572-TXN-DE-039135875

Bankruptcy Case Number: 24-44478



17572-TXN-DE-039135875

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 7, 2024, at 5:33 o'clock PM PST, Deborah D Reed completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Texas.

Date:   December 7, 2024            By:   /s/Leigh-Anna M Thompson

                                    Name: Leigh-Anna M Thompson

                                    Title: Counselor