UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FT. WORTH DIVISION

| IN RE:<br>DEBORAH DENISE REED<br>PAUL ERVIN REED JR.<br>DEBTOR(S) | § § § § § | CASE NO. 24-44478<br><br>CHAPTER 13 |
|---|---|---|

### NOTICE OF WITHDRAWAL
### OF OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN
### DOCKET NO. 33

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, ROCKET MORTGAGE, LLC FKA QUICKEN LOANS, LLC and files this its Withdrawal of Objection to Confirmation of Chapter 13 Plan, and would respectfully show as follows:

1. Based on Debtor's Amended Chapter 13 Plan dated March 11, 2025, and listed as docket no. 39, ROCKET MORTGAGE, LLC FKA QUICKEN LOANS, LLC withdraws its Objection to Confirmation of Chapter 13 Plan.

Respectfully submitted:

_____
**Dominique Varner** TBA #00791182/FIN 18805
Direct: 713-590-4218, dvarner@hwa.com;
**Michael Weems** TBA #24066273
Direct: 713-590-4222, mweems@hwa.com
**HUGHES, WATTERS & ASKANASE, L.L.P.**
1201 Louisiana 28th Floor
Houston, Texas 77002
Telephone (713) 590-4200
Fax (713) 590-4230

Nt Withdrawal 2024-005674 ARWilliams

## CERTIFICATE OF SERVICE

I certify that the foregoing Notice of Withdrawal has been served on 17th March, 2025 by first class mail or electronically on the following at the below listed address:

DEBTORS
DEBORAH DENISE REED
PAUL ERVIN REED JR.
120 SADDLE RIDGE DR
GODLEY, TX 76044

DEBTOR'S ATTORNEY
WARREN NORRED
NORRED LAW, PLLC
515 E. BORDER STREET
ARLINGTON, TX 76010

TRUSTEE
PAM BASSEL
CHAPTER 13 TRUSTEE
860 AIRPORT FREEWAY
SUITE 150
HURST, TX 76054

OFFICE OF THE U.S. TRUSTEE
1100 COMMERCE STREET, ROOM 976
DALLAS, TX 75242

_____
Dominique Varner     TBA #00791182/FIN 18805
Michael Weems        TBA #24066273

Nt Withdrawal 2024-005674  ARWilliams