PAM BASSEL STANDING CHAPTER 13 TRUSTEE
Bar No.01344800
860 Airport Freeway, Ste 150
Hurst, TX 76054
Phone: (817) 916-4710

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

IN RE:                                                                                                      CASE NO.: 24-44478-MXM-13

**DEBORAH DENISE REED**
    120 SADDLE RIDGE DR
    GODLEY, TX 76044
    SSN/TIN: XXX-XX-7536

**PAUL ERVIN REED JR**
    120 SADDLE RIDGE DR
    GODLEY, TX 76044
    SSN/TIN: XXX-XX-5941

**DEBTORS**                                                                            HEARING: SEPTEMBER 18, 2025 at 8:30 AM

### NOTICE OF CONTINUED HEARING ON CONFIRMATION OF CHAPTER 13 PLAN

A previously scheduled hearing for this matter has been continued.

                                                        Respectfully submitted,

                                  By:    /s/ Ethan S. Cartwright
                                              Ethan S. Cartwright, Staff Attorney
                                              Bar No. 24068273
                                              PAM BASSEL STANDING CHAPTER 13 TRUSTEE
                                              Bar No. 01344800
                                              860 Airport Freeway, Ste 150
                                              Hurst, TX 76054
                                              (817) 916-4710 Phone

### CERTIFICATE OF SERVICE

   I certify that a true and correct copy of the foregoing was served on or before the date of filing. Service was accomplished electronically on Debtors' attorney and all parties entitled to electronic notice and by first class mail on the Debtors and the parties listed below, if any.

                                                         By:    /s/ Ethan S. Cartwright
                                                                 Ethan S. Cartwright

DEBORAH DENISE REED
PAUL ERVIN REED JR
120 SADDLE RIDGE DR
GODLEY, TX 76044