Stephen G. Wilcox
State Bar Number 21454300
WILCOX LAW, PLLC
P.O. Box 201849
Arlington, TX 76006
(817) 870-1694 Telephone
swilcox@wilcoxlaw.net
ATTORNEY FOR TD BANK, N.A., SUCCESSOR IN INTEREST TO TD AUTO FINANCE LLC

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| DEBORAH & PAUL REED, | § | CASE NO. 24-44478-MXM-13 |
|     DEBTORS, | § | |
| | § | |
| TD BANK, N.A., SUCCESSOR IN | § | |
| INTEREST TO TD AUTO FINANCE LLC, | § | |
|     MOVANT, | § | |
| | § | A Final Hearing on the Motion for |
| VS. | § | Relief from the Automatic Stay |
| | § | or, in the Alternative, Request |
| DEBORAH & PAUL REED, | § | for Adequate Protection set: |
|     RESPONDENTS. | § | **JANUARY 21, 2026 AT 1:30 PM** |

## WITNESS AND EXHIBIT LIST

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

    COMES NOW, TD Bank, N.A., successor in interest to TD Auto Finance LLC ("TD Bank" or "Creditor"), and files this its Witness and Exhibit list in conjunction with a hearing on the Motion for Relief from the Automatic Stay or, in the Alternative, Request for Adequate Protection and lists the following as potential witnesses and exhibits in this matter:

### WITNESSES

1. Representative of Creditor;
2. Stephen G. Wilcox;
3. Deborah & Paul Reed;
4. All witnesses called by Debtors;
5. All rebuttal witnesses necessary.

Page 1

## EXHIBITS

1. Affidavit of David L. Tagliaferri;
2. Vehicle Retail Installment Contract;
3. Certificate of Title;
4. Payment History;
5. All exhibits offered by Debtors; and
6. All rebuttal exhibits necessary.

Respectfully submitted,

/s/ Stephen G. Wilcox
Stephen G. Wilcox
State Bar Number 21454300
WILCOX LAW, PLLC
P.O. Box 201849
Arlington, TX 76006
(817) 870-1694 Telephone
swilcox@wilcoxlaw.net
ATTORNEY FOR TD BANK, N.A.,
SUCCESSOR IN INTEREST TO
TD AUTO FINANCE LLC

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Witness and Exhibit List was served by FIRST CLASS MAIL, POSTAGE PRE-PAID on:

Deborah & Paul Reed
120 Saddle Ridge Drive
Godley, TX 76044

and by ELECTRONIC FILING on:

Warren Norred
515 E. Border Street
Arlington, TX 76010

Pam Bassel
860 Airport Frwy., Suite 150
Hurst, TX 76054

Office of the U.S. Trustee
1100 Commerce, Room 976
Dallas, Texas 75242

Dated on January 13, 2026.

/s/ Stephen G. Wilcox
Stephen G. Wilcox

953-03932-626601