PAM BASSEL STANDING CHAPTER 13 TRUSTEE
Bar No.01344800
860 Airport Freeway, Ste 150
Hurst, TX 76054
Phone: (817) 916-4710

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

IN RE: CASE NO.: 24-44478-MXM-13

**DEBORAH DENISE REED**
    120 SADDLE RIDGE DR
    GODLEY, TX 76044
    SSN/TIN: XXX-XX-7536

**PAUL ERVIN REED JR**
    120 SADDLE RIDGE DR
    GODLEY, TX 76044
    SSN/TIN: XXX-XX-5941

**DEBTORS**          HEARING: FEBRUARY 19, 2026 at 8:30 AM

### NOTICE OF CONTINUED HEARING ON NOTICE OF INTENT TO DISMISS

A previously scheduled hearing for this matter has been continued.

Respectfully submitted,

By: /s/ Ethan S. Cartwright
Ethan S. Cartwright, Staff Attorney
Bar No. 24068273
PAM BASSEL STANDING CHAPTER 13 TRUSTEE
Bar No. 01344800
860 Airport Freeway, Ste 150
Hurst, TX 76054
(817) 916-4710 Phone

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served on or before the date of filing. Service was accomplished electronically on Debtors' attorney and all parties entitled to electronic notice and by first class mail on the Debtors and the parties listed below, if any.

By: /s/ Ethan S. Cartwright
Ethan S. Cartwright

DEBORAH DENISE REED
PAUL ERVIN REED JR
120 SADDLE RIDGE DR
GODLEY, TX 76044