Clayton L. Everett, State Bar No. 24065212
NORRED LAW, PLLC | 515 E. Border Street | Arlington, Texas 76010
Telephone: (817) 704-3984 | clayton@norredlaw.com
Attorney for the Debtors/Respondents

# United States Bankruptcy Court
## Northern District of Texas
## Fort Worth Division

| | |
|---|---|
| IN RE:<br>DEBORAH & PAUL REED,<br>DEBTOR(S)<br><br>TD BANK, N.A., SUCCESSOR IN INTEREST TO TD AUTO FINANCE LLC, MOVANT,<br><br>VS.<br><br>DEBORAH & PAUL REED, RESPONDENTS | Case No. 24-44478-mxm13<br><br>Chapter 13<br><br><br>Final Hearing:<br>*January 21, 2026, at 1:30p.m.* |

## DEBTORS' WITNESS AND EXHIBIT LIST

TO THE HONORABLE MARK X. MULLIN, UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, Deborah Denise Reed and Paul Ervin Reed ("Debtors/Respondents"), in the above-captioned case and files this Witness and Exhibit List for the hearing set in connection to TD Bank, N.A., successor in interest to TD Auto Finance LLC's ("Movant") *Motion for Relief from the Automatic Stay or, in the Alternative, Request for Adequate Protection* [Dkt. 87].

WITNESSES:

1. Deborah Denise Reed, Debtor/Respondent.

2. Paul Ervin Reed, Debtor/Respondent.

3. Any witness on any other parties' witness list.

EXHIBITS:

| EX. | DESCRIPTION | ADMITTED: Y / N |
|---|---|---|
| A. | Respondents' Proof of Final Payment | |
| B. | Movant's Confirmation of Receipt of Final Payment | |
| C. | Any exhibit listed on Movant's exhibit list | |

The Debtors/Respondents reserve the right to use any exhibit introduced into evidence by any other party, to use any witness or exhibit not listed herein for purposes of rebuttal or impeachment, and to supplement or amend this witness and exhibit list at any time prior to the hearing.

DATED: January 15, 2026.   Respectfully submitted:

By:___/s/ Clayton L. Everett_____
Clayton L. Everett | State Bar No. 24065212
clayton@norredlaw.com
Norred Law, PLLC
515 E. Border St.; Arlington, Texas 76010
Telephone: (817)704-3984
Attorney for the Debtors/Respondents

**CERTIFICATE OF SERVICE**

I hereby certify that on January 15, 2026, a true and correct copy of the foregoing document was served to all parties receiving notice electronically in this case via the CM/ECF system.

/s/ Clayton L. Everett
Clayton L. Everett