1/12/26, 9:38 AM   Case 24-44478-mxm13   Doc 99-1   Filed 01/15/26   Entered 01/15/26 13:04:42   Desc Exhibit   Page 1 of 4   Respondents' Exhibit A

800-556-8112



TD Auto Finance   Find a Dealer   About Us                                     EN   PAUL

Dashboard   **Account Summary**   Make a Payment   Account Options

⚠ **Payments on this account are voluntary**

If you are under the protection of the Bankruptcy Code, you are not required to make payment to us. Any payment made on the account in consideration of TD's lien rights in the vehicle is voluntary.

Principal Balance
# $2,746.29

**2018 FORD F-250 SUPE (X9575)**

Amount Due                           •
Payment Due Date                     •

Make a Payment

| Activity | **Details** | Statements & Documents |

## Account details

| | |
|---|---|
| Account Number | 1102559575 |
| Vehicle | **2018 FORD F-250 SUPE** |
| Vehicle Identification Number (VIN) | **1FT7W2BT9JEC17907** |
| Annual Percentage Rate (APR) | **6.44** |
| Interest Paid YTD | **$0.00** |
| Interest Paid Prior Year | **$556.96** |
| Original Amount Financed | **$58,296.00** |
| Contract Date | **06/19/2018** |
| Maturity Date ⓘ | **01/15/2026** |
| Automatic Payments | Off |
| Paperless Statements | Off |

Need to talk to us directly? **Contact us ›**

Help   Terms of Use   Careers   Security   Privacy   California Privacy

About Us   Accessibility   Site Map   Feedback

🔒 © 2026 TD Bank, N.A. and/or its affiliates. All Rights Reserved

## TD Auto Finance Payment Processed

From:  DoNotReply@billmatrix.com (donotreply@billmatrix.com)

To:    debbiecrossreed@yahoo.com

Date:  Monday, January 12, 2026 at 03:11 PM CST

Dear TD Auto Finance Customer,

Your one-time payment made on 01/12/2026 04:10:43 PM ET of $2755.49 was successfully processed for account ending in 9575.

Here are the details of the payment:

Confirmation Number: 1454410641
Payment Amount: $2755.49

The payment was funded from the following payment account:

Checking Account Number ending in: *5030

Please save this confirmation for future reference.

If you have any questions regarding this transaction, please contact TD Auto Finance toll-free at 1-800-556-8172.

Thank you,
TD Auto Finance

Please do not reply to this message. Replies to this address are routed to an unmonitored mail box.

TD Auto Finance
27777 Inkster Rd.
Farmington Hills, MI 48334

TD Auto Finance is a division of TD Bank, N.A.
® The TD logo and other trademarks are the property of the Toronto-Dominion Bank or its subsidiaries.

Respondents' Exhibit A

Principal Balance

$0.00

Amount Due

-

Payment Due Date

-

**Make a Payment**   ...

⊖ Your account progress (X9575)

TODAY
Jan 14, 2026
PRINCIPAL BALANCE
$0.00

🚗

CONTRACT START DATE
Jun 19, 2018

CONTRACT END DATE
Jan 15, 2026

ORIGINAL AMOUNT FINANCED
$58,296.00

Respondents' Exhibit A

