

Angela Flint <███████@norredlaw.com>

**Respondents' Exhibit B**

## RE: 24-44478-mxm13; Deborah & Paul Reed
1 message

**Kim Raudry** <███████@wilcoxlaw.net>   Tue, Jan 13, 2026 at 9:35 AM
To: Clayton Everett <███████@norredlaw.com>
Cc: Kailey Vessier <███████@norredlaw.com>, Angela Flint <███████@norredlaw.com>

Good morning:

I confirmed the account is now paid. ████████████████████████████████████████████
████████████████████████████████████████

Thank you.

Kim Raudry

Wilcox Law, PLLC

Paralegal/Office Manager

P.O. Box 201849

Arlington, Texas 76006


███████@wilcoxlaw.net

