Stephen G. Wilcox
State Bar Number 21454300
WILCOX LAW, PLLC
P.O. Box 201849
Arlington, TX 76006
(817) 870-1694 Telephone
swilcox@wilcoxlaw.net
ATTORNEY FOR TD BANK, N.A., SUCCESSOR IN INTEREST TO TD AUTO FINANCE LLC

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| DEBORAH & PAUL REED, | § | CASE NO. 24-44478-MXM-13 |
|     DEBTORS, | § | |
| | § | |
| TD BANK, N.A., SUCCESSOR IN | § | |
| INTEREST TO TD AUTO FINANCE LLC, | § | |
|     MOVANT, | § | |
| | § | A Final Hearing on the Motion for |
| VS. | § | Relief from the Automatic Stay |
| | § | or, in the Alternative, Request |
| DEBORAH & PAUL REED, | § | for Adequate Protection set: |
|     RESPONDENTS. | § | **JANUARY 21, 2026 AT 1:30 PM** |

## AMENDED WITNESS AND EXHIBIT LIST

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

    COMES NOW, TD Bank, N.A., successor in interest to TD Auto Finance LLC ("TD Bank" or "Creditor"), and files this its Amended Witness and Exhibit list in conjunction with a hearing on the Motion for Relief from the Automatic Stay or, in the Alternative, Request for Adequate Protection and lists the following as potential witnesses and exhibits in this matter:

### WITNESSES

1. Representative of Creditor;
2. Stephen G. Wilcox;
3. Deborah & Paul Reed;
4. All witnesses called by Debtors;
5. All rebuttal witnesses necessary.

**EXHIBITS**

1. Affidavit of David L. Tagliaferri;
2. Vehicle Retail Installment Contract;
3. Certificate of Title;
4. Payment History;
5. Emails between Wilcox Law and Norred Law;
6. All exhibits offered by Debtors; and
7. All rebuttal exhibits necessary.

           Respectfully submitted,

           /s/ Stephen G. Wilcox
           Stephen G. Wilcox
           State Bar Number 21454300
           WILCOX LAW, PLLC
           P.O. Box 201849
           Arlington, TX 76006
           (817) 870-1694 Telephone
           swilcox@wilcoxlaw.net
           ATTORNEY FOR TD BANK, N.A.,
           SUCCESSOR IN INTEREST TO
           TD AUTO FINANCE LLC

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing Amended Witness and Exhibit List was served by FIRST CLASS MAIL, POSTAGE PRE-PAID on:

Deborah & Paul Reed
120 Saddle Ridge Drive
Godley, TX 76044

and by ELECTRONIC FILING on:

Warren Norred
515 E. Border Street
Arlington, TX 76010

Office of the U.S. Trustee
1100 Commerce, Room 976
Dallas, Texas 75242

Pam Bassel
860 Airport Frwy., Suite 150
Hurst, TX 76054

Dated on January 19, 2026.

           /s/ Stephen G. Wilcox
           Stephen G. Wilcox

953-03932-627042