Upon sale of this vehicle, the purchaser must apply for a new title within 30 days unless the vehicle is purchased by a dealer. Until a new title is issued, the vehicle record will continue to reflect the owner's name listed on the current title. SEE BACK OF TAB FOR ADDITIONAL INFORMATION.



**TD AUTO FINANCE LLC**
**PO BOX 675**
**WILMINGTON, OH 45177-0675**

0
0
2
3
0
3

▼ DETACH HERE ▼

## TEXAS CERTIFICATE OF TITLE

TEXAS DEPARTMENT OF MOTOR VEHICLES

TxDMV

**84112505054**

| VEHICLE IDENTIFICATION NUMBER | YEAR MODEL | MAKE OF VEHICLE | BODY STYLE |
|---|---|---|---|
| **1FT7W2BT9JEC17907** | **2018** | **FORD** | **PK** |

TITLE/DOCUMENT NUMBER              DATE TITLE ISSUED

**05731543289250182  07/18/2018**

| MODEL | MFG CAPACITY IN TONS | WEIGHT | LICENSE NUMBER |
|---|---|---|---|
| **F25** | | **7100** | |

PREVIOUS OWNER

**WESTWAY FORD IRVING TX**

ODOMETER READING

**14**

OWNER                                          REMARK(S)

**PAUL ERVIN REED**                 **ACTUAL MILEAGE**
**4045 LAZY RIVER RANCH RD**
**ROANOKE, TX 76262**

X -----------------------------------------
SIGNATURE OF OWNER OR AGENT MUST BE IN INK

UNLESS OTHERWISE AUTHORIZED BY LAW, IT IS A VIOLATION OF STATE LAW TO SIGN THE NAME OF ANOTHER PERSON ON A CERTIFICATE OF TITLE OR OTHERWISE GIVE FALSE INFORMATION ON A CERTIFICATE OF TITLE

DATE OF LIEN                          1ST LIENHOLDER

**06/19/2018 TD AUTO FINANCE LLC**
**PO BOX 675**
**WILMINGTON, OH 45177-0675**

1ST LIEN RELEASED _____
                                    DATE

BY _____
       AUTHORIZED AGENT

DATE OF LIEN                          2ND LIENHOLDER

2ND LIEN RELEASED _____
                                    DATE

BY _____
       AUTHORIZED AGENT

DATE OF LIEN                          3RD LIENHOLDER

3RD LIEN RELEASED _____
                                    DATE

BY _____
       AUTHORIZED AGENT

IT IS HEREBY CERTIFIED THAT THE PERSON HEREIN NAMED IS THE OWNER OF THE VEHICLE DESCRIBED ABOVE WHICH IS SUBJECT TO THE ABOVE LIENS

**R I G H T S  O F  S U R V I V O R S H I P  A G R E E M E N T**
WE, THE MARRIED PERSONS, WHOSE SIGNATURES APPEAR HEREIN, HEREBY AGREE THAT THE OWNERSHIP OF THE VEHICLE DESCRIBED ON THIS CERTIFICATE OF TITLE SHALL FROM THIS DAY FORWARD BE HELD JOINTLY, AND IN THE EVENT OF DEATH OF ANY OF THE PERSONS NAMED IN THIS AGREEMENT, THE OWNERSHIP OF THE VEHICLE SHALL VEST IN THE SURVIVOR(S)

SIGNATURE                          DATE

SIGNATURE                          DATE

SIGNATURE                          DATE

FORM 30-C REV 05/2016          DO NOT ACCEPT TITLE SHOWING ERASURE, ALTERATION, OR MUTILATION