**TD**

Account History
as of
**Dec 1, 2025**

**Account:** 9575

| Total # of Payments Delinquent | | |
|---|---|---|
| **30 Days** | **60 Days** | **90+ Days** |
| 12 | 5 | 0 |

| Next Pymt Due | Amount Due | Fees Due | Fees Paid |
|---|---|---|---|
| 10/15/25 | 1,532.58 | 0.00 | 779.58 |

PAUL E REED
120 SADDLE RIDGE DR
GODLEY                 TX          76044-3878

| Vehicle: 18 FORD | |
|---|---|
| **VIN:** 1FT7W2BT9JEC17907 | |

| | |
|---|---|
| **Type of Financing:** | Simple Interest |
| **Contract Date** | 06/19/2018 |
| **Maturity Date** | 01/15/2026 |
| **1st Payment Date** | 08/03/2018 |
| **Term:** 91          **APR:** | 06.4400 |
| **Extensions** | 6 |
| **Total of Payments:** | 72,768.36 |
| **Estimated Finance Charge** | 14,472.36 |
| **Service Contract** | 4,680.00 |
| **A&H Insurance** | 0.00 |
| **Credit Life Insurance** | 0.00 |
| **GAP Insurance** | 895.00 |

**This is a Simple Interest Account.  Finance Charge and the Total of Payments is Estimated,
based on the assumption that all payments will be paid on each Scheduled Due Date.**

**If an asterisk (\*) appears before a Transaction Description, the Transaction is only for Internal Accounting Purposes.**

**TD**

**Account:**              9575

| Date | Description | Amount | Principal | Finance Charge | Principal Balance |
|------|-------------|--------|-----------|----------------|-------------------|
| 10-16-2020 | REGULAR PAYMENT | 866.29 | 619.82 | 246.47 | 46,071.93 |
| 11-23-2020 | REGULAR PAYMENT | 866.29 | 558.24 | 308.05 | 45,513.69 |
| 12-18-2020 | REGULAR PAYMENT | 866.29 | 666.08 | 200.21 | 44,847.61 |
| 02-01-2021 | LATE CHARGE ASSESSED | -43.31 | 0.00 | 0.00 | 44,847.61 |
| 02-02-2021 | REGULAR PAYMENT | 866.29 | 502.60 | 363.69 | 44,345.01 |
| 03-03-2021 | LATE CHARGE ASSESSED | -43.31 | 0.00 | 0.00 | 44,345.01 |
| 03-04-2021 | REGULAR PAYMENT | 909.60 | 631.57 | 234.72 | 43,713.44 |
| 03-25-2021 | REGULAR PAYMENT | 909.60 | 704.32 | 161.97 | 43,009.12 |
| 04-20-2021 | REGULAR PAYMENT | 866.29 | 668.99 | 197.30 | 42,340.13 |
| 05-19-2021 | REGULAR PAYMENT | 866.29 | 649.65 | 216.64 | 41,690.48 |
| 06-21-2021 | REGULAR PAYMENT | 866.29 | 623.55 | 242.74 | 41,066.93 |
| 07-27-2021 | REGULAR PAYMENT | 866.29 | 605.44 | 260.85 | 40,461.49 |
| 08-27-2021 | REGULAR PAYMENT | 866.29 | 644.98 | 221.31 | 39,816.51 |
| 09-30-2021 | REGULAR PAYMENT | 866.29 | 627.44 | 238.85 | 39,189.07 |
| 10-18-2021 | REGULAR PAYMENT | 866.29 | 741.83 | 124.46 | 38,447.24 |
| 12-01-2021 | LATE CHARGE ASSESSED | -43.31 | 0.00 | 0.00 | 38,447.24 |
| 12-06-2021 | REGULAR PAYMENT | 909.60 | 533.89 | 332.40 | 37,913.35 |
| 12-28-2021 | REGULAR PAYMENT | 866.29 | 719.13 | 147.16 | 37,194.22 |
| 01-31-2022 | REGULAR PAYMENT | 866.29 | 643.16 | 223.13 | 36,551.06 |
| 02-25-2022 | REGULAR PAYMENT | 866.29 | 705.07 | 161.22 | 35,845.99 |
| 03-25-2022 | REGULAR PAYMENT | 866.29 | 689.20 | 177.09 | 35,156.79 |
| 05-02-2022 | REGULAR PAYMENT | 866.29 | 630.57 | 235.72 | 34,526.22 |
| 05-23-2022 | REGULAR PAYMENT | 127.93 | 0.00 | 127.93 | 34,526.22 |
| 05-23-2022 | FINANCE CHARGE ADJUSTED | -4.43 | 0.00 | -4.43 | 34,526.22 |
| 05-23-2022 | FINANCE CHARGE ADJUSTED | -123.50 | 0.00 | -123.50 | 34,526.22 |
| 05-23-2022 | * EXTENSION | 0.00 | 0.00 | 0.00 | 34,526.22 |
| 07-01-2022 | REGULAR PAYMENT | 909.60 | 672.03 | 237.57 | 33,854.19 |
| 07-26-2022 | REGULAR PAYMENT | 822.98 | 673.65 | 149.33 | 33,180.54 |
| 08-19-2022 | REGULAR PAYMENT | 866.29 | 725.79 | 140.50 | 32,454.75 |
| 09-19-2022 | REGULAR PAYMENT | 866.29 | 688.77 | 177.52 | 31,765.98 |
| 10-21-2022 | REGULAR PAYMENT | 866.29 | 686.93 | 179.36 | 31,079.05 |
| 11-22-2022 | REGULAR PAYMENT | 866.29 | 690.82 | 175.47 | 30,388.23 |
| 12-23-2022 | REGULAR PAYMENT | 866.29 | 700.09 | 166.20 | 29,688.14 |
| 01-30-2023 | REGULAR PAYMENT | 866.29 | 667.24 | 199.05 | 29,020.90 |
| 03-03-2023 | LATE CHARGE ASSESSED | -43.31 | 0.00 | 0.00 | 29,020.90 |
| 03-13-2023 | REGULAR PAYMENT | 909.60 | 651.22 | 215.07 | 28,369.68 |
| 03-31-2023 | LATE CHARGE ASSESSED | -43.31 | 0.00 | 0.00 | 28,369.68 |
| 04-07-2023 | REGULAR PAYMENT | 909.60 | 741.16 | 125.13 | 27,628.52 |
| 05-01-2023 | LATE CHARGE ASSESSED | -43.31 | 0.00 | 0.00 | 27,628.52 |
| 05-10-2023 | REGULAR PAYMENT | 909.60 | 705.43 | 160.86 | 26,923.09 |
| 05-31-2023 | LATE CHARGE ASSESSED | -43.31 | 0.00 | 0.00 | 26,923.09 |
| 06-01-2023 | REGULAR PAYMENT | 104.51 | 0.00 | 104.51 | 26,923.09 |

**If an asterisk (\*) appears before a Transaction Description, the Transaction is only for Internal Accounting Purposes.**

**TD**

| | |
|---|---|
| **Account:** | 9575 |

Account History
as of
Dec 1, 2025

| Date | Description | Amount | Principal | Finance Charge | Principal Balance |
|---|---|---|---|---|---|
| 06-01-2023 | FINANCE CHARGE ADJUSTED | -3.62 | 0.00 | -3.62 | 26,923.09 |
| 06-01-2023 | FINANCE CHARGE ADJUSTED | -100.89 | 0.00 | -100.89 | 26,923.09 |
| 06-01-2023 | * EXTENSION | 0.00 | 0.00 | 0.00 | 26,923.09 |
| 06-01-2023 | LATE CHARGE ADJUSTED | 43.31 | 0.00 | 0.00 | 26,923.09 |
| 07-03-2023 | LATE CHARGE ASSESSED | -43.31 | 0.00 | 0.00 | 26,923.09 |
| 07-17-2023 | REGULAR PAYMENT | 910.00 | 691.49 | 218.51 | 26,231.60 |
| 07-31-2023 | LATE CHARGE ASSESSED | -43.31 | 0.00 | 0.00 | 26,231.60 |
| 08-22-2023 | REGULAR PAYMENT | 800.00 | 633.38 | 166.62 | 25,598.22 |
| 08-31-2023 | LATE CHARGE ASSESSED | -43.31 | 0.00 | 0.00 | 25,598.22 |
| 09-11-2023 | REGULAR PAYMENT | 151.93 | 61.60 | 90.33 | 25,536.62 |
| 10-02-2023 | LATE CHARGE ASSESSED | -43.31 | 0.00 | 0.00 | 25,536.62 |
| 10-10-2023 | REGULAR PAYMENT | 500.00 | 369.34 | 130.66 | 25,167.28 |
| 10-16-2023 | REGULAR PAYMENT | 496.22 | 469.58 | 26.64 | 24,697.70 |
| 10-31-2023 | LATE CHARGE ASSESSED | -43.31 | 0.00 | 0.00 | 24,697.70 |
| 11-06-2023 | REGULAR PAYMENT | 300.00 | 208.48 | 91.52 | 24,489.22 |
| 11-13-2023 | REGULAR PAYMENT | 300.00 | 269.75 | 30.25 | 24,219.47 |
| 11-27-2023 | REGULAR PAYMENT | 300.00 | 240.18 | 59.82 | 23,979.29 |
| 12-01-2023 | LATE CHARGE ASSESSED | -43.31 | 0.00 | 0.00 | 23,979.29 |
| 12-11-2023 | REGULAR PAYMENT | 500.00 | 440.77 | 59.23 | 23,538.52 |
| 01-02-2024 | LATE CHARGE ASSESSED | -43.31 | 0.00 | 0.00 | 23,538.52 |
| 01-05-2024 | REGULAR PAYMENT | 300.00 | 196.22 | 103.78 | 23,342.30 |
| 01-19-2024 | REGULAR PAYMENT | 500.00 | 442.50 | 57.50 | 22,899.80 |
| 01-30-2024 | REGULAR PAYMENT | 400.00 | 355.68 | 44.32 | 22,544.12 |
| 01-31-2024 | LATE CHARGE ASSESSED | -43.31 | 0.00 | 0.00 | 22,544.12 |
| 02-21-2024 | REGULAR PAYMENT | 500.00 | 412.73 | 87.27 | 22,131.39 |
| 03-04-2024 | LATE CHARGE ASSESSED | -43.31 | 0.00 | 0.00 | 22,131.39 |
| 03-12-2024 | REGULAR PAYMENT | 866.29 | 788.40 | 77.89 | 21,342.99 |
| 04-01-2024 | LATE CHARGE ASSESSED | -43.31 | 0.00 | 0.00 | 21,342.99 |
| 04-02-2024 | REGULAR PAYMENT | 500.00 | 421.14 | 78.86 | 20,921.85 |
| 04-03-2024 | REGULAR PAYMENT | 366.29 | 362.60 | 3.69 | 20,559.25 |
| 05-01-2024 | LATE CHARGE ASSESSED | -43.31 | 0.00 | 0.00 | 20,559.25 |
| 05-28-2024 | REGULAR PAYMENT | 866.29 | 667.34 | 198.95 | 19,891.91 |
| 05-31-2024 | LATE CHARGE ASSESSED | -43.31 | 0.00 | 0.00 | 19,891.91 |
| 06-10-2024 | REPOSESSION ASSESSMENT | -784.81 | 0.00 | 0.00 | 19,891.91 |
| 06-11-2024 | REGULAR PAYMENT | 569.69 | 520.68 | 49.01 | 19,371.23 |
| 06-11-2024 | REGULAR PAYMENT | 2,500.00 | 2,135.06 | 0.00 | 17,236.17 |
| 06-11-2024 | RETURN CHECK/ADJUSTMENT | -2,500.00 | -2,135.06 | 0.00 | 19,371.23 |
| 06-11-2024 | LATE CHARGE ADJUSTED | 519.72 | 0.00 | 0.00 | 19,371.23 |
| 06-11-2024 | REPOSESSION PAYMENT | 784.81 | 0.00 | 0.00 | 19,371.23 |
| 06-11-2024 | REGULAR PAYMENT | 1,195.47 | 1,195.47 | 0.00 | 18,175.76 |
| 06-13-2024 | REGULAR PAYMENT | 939.59 | 933.19 | 6.40 | 17,242.57 |
| 07-16-2024 | REGULAR PAYMENT | 866.29 | 766.17 | 100.12 | 16,476.40 |

**If an asterisk (*) appears before a Transaction Description, the Transaction is only for Internal Accounting Purposes.**

**TD**

Account History

Page 4 of 4

as of

Dec 1, 2025

**Account:** 9575

| Date | Description | Amount | Principal | Finance Charge | Principal Balance |
|------|-------------|--------|-----------|----------------|-------------------|
| 08-19-2024 | REGULAR PAYMENT | 866.29 | 767.72 | 98.57 | 15,708.68 |
| 09-23-2024 | REGULAR PAYMENT | 866.29 | 769.55 | 96.74 | 14,939.13 |
| 10-23-2024 | REGULAR PAYMENT | 866.29 | 787.43 | 78.86 | 14,151.70 |
| 12-02-2024 | LATE CHARGE ASSESSED | -43.31 | 0.00 | 0.00 | 14,151.70 |
| 12-03-2024 | REGULAR PAYMENT | 866.29 | 764.20 | 102.09 | 13,387.50 |
| 12-03-2024 | LATE CHARGE ADJUSTED | 43.31 | 0.00 | 0.00 | 13,387.50 |
| 12-30-2024 | REGULAR PAYMENT | 909.60 | 846.00 | 63.60 | 12,541.50 |
| 01-28-2025 | REGULAR PAYMENT | 910.00 | 845.84 | 64.16 | 11,695.66 |
| 03-17-2025 | REGULAR PAYMENT | 300.00 | 200.95 | 99.05 | 11,494.71 |
| 03-31-2025 | REGULAR PAYMENT | 1,435.00 | 1,406.61 | 28.39 | 10,088.10 |
| 04-24-2025 | REGULAR PAYMENT | 866.29 | 823.57 | 42.72 | 9,264.53 |
| 06-17-2025 | REGULAR PAYMENT | 500.00 | 411.72 | 88.28 | 8,852.81 |
| 07-09-2025 | REGULAR PAYMENT | 200.00 | 165.64 | 34.36 | 8,687.17 |
| 07-28-2025 | REGULAR PAYMENT | 200.00 | 170.88 | 29.12 | 8,516.29 |
| 08-06-2025 | REGULAR PAYMENT | 866.29 | 852.77 | 13.52 | 7,663.52 |
| 09-14-2025 | REGULAR PAYMENT | 866.29 | 813.55 | 52.74 | 6,849.97 |
| 10-23-2025 | REGULAR PAYMENT | 866.29 | 819.16 | 47.13 | 6,030.81 |
| 11-17-2025 | REGULAR PAYMENT | 866.29 | 839.69 | 26.60 | 5,191.12 |
| 11-17-2025 | RETURN CHECK/ADJUSTMENT | -866.29 | -839.69 | -26.60 | 6,030.81 |
| 11-20-2025 | REGULAR PAYMENT | 866.29 | 836.49 | 29.80 | 5,194.32 |

**Total Principal and Finance Charge Paid:**      41,497.43      8,870.54

**If an asterisk (\*) appears before a Transaction Description, the Transaction is only for Internal Accounting Purposes.**