# Kim Raudry

**Subject:** FW: 24-44478-mxm13; Deborah & Paul Reed

---

**From:** Kim Raudry
**Sent:** Tuesday, January 13, 2026 11:51 AM
**To:** Clayton Everett <clayton@norredlaw.com>
**Cc:** Kailey Vessier <kailey@norredlaw.com>; Angela Flint <angela@norredlaw.com>
**Subject:** RE: 24-44478-mxm13; Deborah & Paul Reed

Steve will be going forward with the hearing.

Thank you.
Kim Raudry
Wilcox Law, PLLC
Paralegal/Office Manager
P.O. Box 201849
Arlington, Texas 76006
kraudry@wilcoxlaw.net



---

**From:** Clayton Everett <clayton@norredlaw.com>
**Sent:** Tuesday, January 13, 2026 11:29 AM
**To:** Kim Raudry <kraudry@wilcoxlaw.net>
**Cc:** Kailey Vessier <kailey@norredlaw.com>; Angela Flint <angela@norredlaw.com>
**Subject:** Re: 24-44478-mxm13; Deborah & Paul Reed

Kim,

Thank you for confirming the account has been paid in full. We do not agree that attorney's fees are recoverable under these circumstances and do not consent to entry of an agreed order on a moot motion. If TD does not intend to withdraw the motion, we will appear at the hearing and ask the Court to deny the motion as moot and deny the request for fees.

Thank you,

**Clayton L. Everett,** Attorney

Norred Law, PLLC

515 E. Border Street | Arlington, TX 76010

1

o: 817.704.3984 | f: 817.524.6686

www.norredlaw.com



CONFIDENTIALITY NOTICE: This message and any attachments contain information that is confidential and/or legally privileged. The information is intended only for the use of the individual or entity to whom it is directed, regardless of the e-mail address. If you are not the intended recipient, you are notified that any examination, disclosure, copying, distribution or the taking of any action in reliance on, or with respect to, the contents of this information is strictly prohibited. If you have received this e-mail message in error, please immediately notify the person identified as the sending person by reply e-mail or notify the sender by phone at 817-704-3984.

On Tue, Jan 13, 2026 at 10:35 AM Kim Raudry <kraudry@wilcoxlaw.net> wrote:

Good morning:

I confirmed the account is now paid. I talked with Steve, and he is not willing to waive his attorney's fees since they were incurred for having to file the motion for relief. Attached is a revised agreed order.

Thank you.

Kim Raudry

Wilcox Law, PLLC

Paralegal/Office Manager

P.O. Box 201849

Arlington, Texas 76006

kraudry@wilcoxlaw.net



---

**From:** Clayton Everett <clayton@norredlaw.com>
**Sent:** Tuesday, January 13, 2026 9:50 AM
**To:** Kim Raudry <kraudry@wilcoxlaw.net>
**Cc:** Kailey Vessier <kailey@norredlaw.com>; Angela Flint <angela@norredlaw.com>
**Subject:** 24-44478-mxm13; Deborah & Paul Reed

Kim,

Attached please find proof that the Reeds have paid TD Auto Finance in full, satisfying the obligation that is the subject of the pending Motion for Relief from Stay.

Because the underlying debt has been paid in full, the motion is now moot, and we do not believe an agreed order granting relief from stay is appropriate.

In addition, we do not agree that your client is entitled to recover attorney's fees under these circumstances, and the Reeds do not consent to the requested $699 in fees.

Please let me know whether your client will withdraw the motion, or if you intend to proceed with the hearing notwithstanding the payoff.

Thank you,

**Clayton L. Everett,** Attorney

Norred Law, PLLC

515 E. Border Street | Arlington, TX 76010

o: 817.704.3984 | f: 817.524.6686

www.norredlaw.com



CONFIDENTIALITY NOTICE:  This message and any attachments contain information that is confidential and/or legally privileged.  The information is intended only for the use of the individual or entity to whom it is directed, regardless of the e-mail address.  If you are not the intended recipient, you are notified that any examination, disclosure, copying, distribution or the taking of any action in reliance on, or with respect to, the contents of this information is strictly prohibited.  If you have received this e-mail message in error, please immediately notify the person identified as the sending person by reply e-mail or notify the sender by phone at 817-704-3984.

---------- Forwarded message ---------
From: **Debbie Reed**
Date: Mon, Jan 12, 2026 at 4:06 PM

RE: 2018 Ford F-250 vin#7907

Final payment has been made and successfully processed by TD Auto Finance.

Approximately 30 days to receive the title.

The following is attached for your records:

1/12/26 at 9:38am the principal balance was $2,746.29. I called for actual payoff, it was $2,755.49.

1/12/26 at 3:11pm the payoff balance was paid in full.