

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed January 26, 2026**

**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| DEBORAH & PAUL REED, | § | CASE NO. 24-44478-MXM-13 |
|     DEBTORS, | § | |
| | § | |
| TD BANK, N.A., SUCCESSOR IN | § | |
| INTEREST TO TD AUTO FINANCE LLC, | § | |
|     MOVANT, | § | |
| | § | A Hearing on the Motion for |
| VS. | § | Relief from the Automatic Stay |
| | § | or, in the Alternative, Request |
| DEBORAH & PAUL REED, | § | for Adequate Protection set: |
|     RESPONDENTS. | § | **January 21, 2025 AT 1:30 PM** |

<u>**ORDER TERMINATING THE AUTOMATIC STAY**</u>
**(resolves docket number: 87 & 88)**

On January 21, 2026, there came on for consideration before this Court, the Motion for Relief from the Automatic Stay or, in the Alternative, Request for Adequate Protection ("Motion") filed by TD Bank, N.A., successor in interest to TD Auto Finance LLC ("TD Bank"), Movant herein, complaining of Deborah & Paul Reed ("Debtors").  TD Bank was represented by and through its attorney of record, Stephen G. Wilcox of the firm of Wilcox Law, PLLC.  Debtors were represented by and through their attorney of record Clayton Everett.  The Trustee, although served with a copy of the Motion and Notice of Hearing, failed to respond or appear. The matter came on for hearing and, for the reasons stated on the record, the Court finds that the Motion should be granted.

IT IS THEREFORE ORDERED that TD Bank is awarded its reasonable attorney's fees of $500.00 and costs of $199.00 for bringing the Motion, for total fees and costs of $699.00. Debtors shall pay these fees directly to Wilcox Law, PLLC , P.O. Box 201849, Arlington, Texas 76006.

IT IS SO ORDERED

### End of Order ###

APPROVED AS TO FORM:

| /s/Stephen G. Wilcox<br>Stephen G. Wilcox<br>State Bar Number 21454300<br>WILCOX LAW, PLLC<br>P.O. Box 201849<br>Arlington, Texas 76006<br>(817) 870-1694 Telephone<br>ATTORNEY FOR TD BANK, N.A.,<br>SUCCESSOR IN INTEREST TO TD AUTO<br>FINANCE LLC | /s/Clayton L. Everett<br>Clayton L. Everett<br>State Bar Number 24065212<br>NORRED LAW, PLLC<br>515 E. Border Street<br>Arlington, Texas 76010<br>Telephone: (817) 704-3984 \|<br>clayton@norredlaw.com<br>ATTORNEY FOR DEBTORS |
|---|---|

953-03932-627268