



CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED
THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed February 23, 2026**

**United States Bankruptcy Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

IN RE:  CASE NO.: 24-44478-MXM

**Deborah Denise Reed**
    120 Saddle Ridge Dr
    Godley, TX 76044
    SSN/TIN: XXX-XX-7536

**Paul Ervin Reed Jr**
    120 Saddle Ridge Dr
    Godley, TX 76044
    SSN/TIN: XXX-XX-5941

### ORDER DENYING CONFIRMATION OF DEBTORS' CHAPTER 13 PLAN AND MOTION FOR VALUATION

    Came on for consideration Confirmation of the Debtors' Chapter 13 Plan and Motion for Valuation ("Plan") filed on or about September 17, 2025. The Court finds that notice was and is appropriate under the circumstances. The Court is of the opinion that confirmation should be DENIED based on:

    The pleadings, evidence, and arguments of counsel.

    IT IS THEREFORE ORDERED that confirmation of the Debtors' Plan is DENIED.

# # # END OF ORDER # # #