

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed February 23, 2026**

_____

United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

IN RE:

**DEBORAH DENISE REED**
120 SADDLE RIDGE DR
GODLEY, TX 76044
SSN/TIN: XXX-XX-7536

**PAUL ERVIN REED JR**
120 SADDLE RIDGE DR
GODLEY, TX 76044
SSN/TIN: XXX-XX-5941

**DEBTORS**

CASE NO.: 24-44478-MXM-13

### ORDER DISMISSING CHAPTER 13 CASE PURSUANT TO GENERAL ORDER  (14 DAY NOI-$)

On certification of the Standing Chapter 13 Trustee, as evidenced by the signature below, the Debtors failed to timely pay the Trustee Payments specified in the Debtors' Plan. Fourteen (14) days' written notice of such failure was given to Debtors and the Attorney of the Debtors, if any, prior to submission hereof.  The Court is of the opinion that the Notice of Intent to Dismiss should be GRANTED based on:

The pleadings, evidence, and arguments of counsel.

IT IS THEREFORE ORDERED that this case is hereby DISMISSED without prejudice PROVIDED that if, within fourteen (14) days of entry hereof, a creditor in this case files a motion to amend this order and seeks a dismissal with prejudice, sanctions or other relief deemed appropriate by the Court, this Order may be amended by the Court, after notice and a hearing, to grant the relief sought in said motion in whole or in part.

IT IS FURTHER ORDERED that all debts due and owing creditors as of this date are NOT DISCHARGED or affected in any manner by this Order.

**THE ABOVE STYLED AND NUMBERED CASE WILL BE CLOSED 21 DAYS AFTER THE ENTRY OF THIS ORDER PROVIDED THAT IT IS A SINGLE DEBTOR CASE OR A JOINT DEBTOR CASE AND BOTH DEBTORS ARE DISMISSED.**

# # # END OF ORDER # # #

APPROVED:

/s/ Pam Bassel
Pam Bassel
Standing Chapter 13 Trustee