

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed February 23, 2026

United States Bankruptcy Judge

---

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

IN RE:  
    DEBORAH DENISE REED  
      120 SADDLE RIDGE DR  
      GODLEY, TX 76044  
      SSN/TIN: XXX-XX-7536  

    PAUL ERVIN REED JR  
      120 SADDLE RIDGE DR  
      GODLEY, TX 76044  
      SSN/TIN: XXX-XX-5941  

CASE NO.: 24-44478-MXM-13

**DEBTORS**

### ORDER DISMISSING CHAPTER 13 CASE PURSUANT TO GENERAL ORDER  (14 DAY NOI-$)

On certification of the Standing Chapter 13 Trustee, as evidenced by the signature below, the Debtors failed to timely pay the Trustee Payments specified in the Debtors' Plan. Fourteen (14) days' written notice of such failure was given to Debtors and the Attorney of the Debtors, if any, prior to submission hereof.  The Court is of the opinion that the Notice of Intent to Dismiss should be GRANTED based on:

The pleadings, evidence, and arguments of counsel.

    IT IS THEREFORE ORDERED that this case is hereby DISMISSED without prejudice PROVIDED that if, within fourteen (14) days of entry hereof, a creditor in this case files a motion to amend this order and seeks a dismissal with prejudice, sanctions or other relief deemed appropriate by the Court, this Order may be amended by the Court, after notice and a hearing, to grant the relief sought in said motion in whole or in part.

    IT IS FURTHER ORDERED that all debts due and owing creditors as of this date are NOT DISCHARGED or affected in any manner by this Order.

    **THE ABOVE STYLED AND NUMBERED CASE WILL BE CLOSED 21 DAYS AFTER THE ENTRY OF THIS ORDER PROVIDED THAT IT IS A SINGLE DEBTOR CASE OR A JOINT DEBTOR CASE AND BOTH DEBTORS ARE DISMISSED.**

# # # END OF ORDER # # #

APPROVED:

/s/ Pam Bassel
Pam Bassel
Standing Chapter 13 Trustee

United States Bankruptcy Court

Northern District of Texas

| | |
|---|---|
| In re: | Case No. 24-44478-mxm |
| Deborah Denise Reed | Chapter 13 |
| Paul Ervin Reed Jr. | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0539-4 | User: admin | Page 1 of 7 |
| Date Rcvd: Feb 23, 2026 | Form ID: pdf022 | Total Noticed: 120 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Deborah Denise Reed, Paul Ervin Reed Jr., 120 Saddle Ridge Drive, Godley, TX 76044-3878 |
| 21485567 | + | Acima Leasing, 9815 S. Monroe Street, 4th Floor, Sandy, UT 84070-4384 |
| 21485570 | | American Medical Response, 6000 S. Quebec Street, Greenwood Village, CO 80111 |
| 21485575 | + | At&T C/O Business Bankruptcy, Po Box 769, Arlington, TX 76004-0769 |
| 21485578 | ++ | BLALACK WILLIAMS P C, 4851 LBJ FREEWAY, SUITE 750, DALLAS TX 75244-6012 address filed with court:, Blalack & Williams, 4851 Lbj Freeway, Suite 750, Dallas, TX 75244 |
| 21485577 | + | Barbara Mcginnis, 505 E. 14th Street, Cisco, TX 76437-3935 |
| 21485579 | + | Blue Cross Blue Shield Nebraska, P.O. Box 660717, Dallas, TX 75266-0717 |
| 21485580 | + | Brackett & Ellis, 100 Main St., Fort Worth, TX 76102-3008 |
| 21485586 | + | Citibank, N.A., Po Box 3340, Lubbock, TX 79452-3340 |
| 21485587 | + | Citibank/The Home Depot, P.O. Box 3040, Lubbock, TX 79452-3040 |
| 21485598 | + | Eagle Mountain Saginaw Isd, 1600 Mustang Rock Rd., Fort Worth, TX 76179-2509 |
| 21485599 | + | Envision Radiology, 203 Walls Dr Suite 101, Cleburne, TX 76033-7029 |
| 21485602 | ++ | FLAGSTAR BANK FSB, 5151 CORPORATE DRIVE, MAIL STOP E 115 3, TROY MI 48098-2639 address filed with court:, Flagstar Bank Fsb, 5151 Corporate Drive Troy, Troy, MI 48098 |
| 21485600 | + | Farmers New World Life Insurance Company, 3120 139th Ave. Se, Suite 300, Bellevue, WA 98005-4491 |
| 21485603 | + | Fort Worth Community Credit Union, PO Box 210848, Bedford, TX 76095-7848 |
| 21485604 | + | G.J. Chavez & Associates, 3315 Silverstone Dr., Suite A, Plano, TX 75023-7879 |
| 21485605 | + | Hendrixsons Storage, 4829 Overton Woods Drive, Fort Worth, TX 76109-2431 |
| 21485606 | + | Howe & Springer, P.C., 419 S. Carroll Blvd., #1a, Denton, TX 76201-7428 |
| 21485614 | + | Liberty Diagnostics Llc, 1001 12th Avenue, Suite 141, Fort Worth, TX 76104-3926 |
| 21576203 | + | McNeil & Meyers Receivables Management Group, LLC, 610 S. Industrial Blvd Ste# 100, Euless, TX 76040-5048 |
| 21485617 | + | Mcneil & Meyers Receivables Management Group, 610 S. Industrial Blvd., Suite 100, Euless, TX 76040-5048 |
| 21485623 | + | Norred Law, PLLC, Norred Law, PLLC, 515 E. Border, Arlington, TX 76010-7402 |
| 21485624 | + | North Texas Tollway Authority, 39025 Lbj Service Road, Dallas, TX 75232-5401 |
| 21485625 | + | Paul Ervin Reed, 120 Saddle Ridge Drive, Godley, TX 76044-3878 |
| 21485631 | | Physician Partners Of America, 1:23-Bk-11469, Delaware Bankruptcy Court, Brentwood, TN 37027 |
| 21485632 | + | Port A Boat And Rv Storage Llc, 8429 Colburn, The Colony, TX 75056-5163 |
| 21485636 | + | Priva Medical Group, Po Box 961205, Fort Worth, TX 76161-0205 |
| 21485639 | | Ramic Fort Worth Llc, 720 12th Ave., Suite 100, Fort Worth, TX 76104 |
| 21505462 | | Rocket Mortgage, LLC FKA Quicken Loans, LLC, 635 Woodward Ave., Detroit, MI 48226 |
| 21485644 | + | State Farm Insurance, Po Box 52265, Phoenix, AZ 85072-2265 |
| 21485645 | + | Sterling Jewelers, Inc., 3000 Kellway Drive, Suite 120, Carrollton, TX 75006-3356 |
| 21485655 | + | Texas Health Southwest Fort Worth, 6100 Harris Parkway, Fort Worth, TX 76132-4101 |
| 21485656 | + | Texas Pain Relief Group Pllc, 7515 Greenville Ave #500, Dallas, TX 75231-3849 |
| 21485660 | | U.S. Attorney-North, 3rd. Floor, 1100 Commerce St., Dallas, TX 75242 |
| 21485662 | + | Urology Partners, 5001 S. Cooper St., Suite 225, Arlington, TX 76017-5993 |
| 21485664 | + | Valentine & Kebartas Llc, Po Box 325, Lawrence, ME 01842-0625 |
| 21485666 | + | Weed Man, Po Box 489, Argyle, TX 76226-0489 |
| 21485667 | + | Wells Fargo Bank, Na'S, P.O. Box 2594, Faribault, MN 55021-9594 |
| 21485668 | + | Wendy Burgess-Tax Assessor, 100 E. Weatherford Street, Fort Worth, TX 76196-0206 |
| 22875422 | + | Wilcos Law, PLLC, PO Box 201849, Arlington, TX 76006-1849 |
| 21485669 | + | Wise Health System, 2000 S. Fm 51, Decatur, TX 76234-3702 |

| District/off: 0539-4 | User: admin | Page 2 of 7 |
|---|---|---|
| Date Rcvd: Feb 23, 2026 | Form ID: pdf022 | Total Noticed: 120 |

TOTAL: 41

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 21485568 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Feb 23 2026 21:38:32 | Affirm, 30 Isabella St. Floor 4, Pittsburgh, PA 15212-5862 |
| 21485571 | + | Email/Text: bky@americanprofit.net | Feb 23 2026 21:37:00 | American Profit Recovery, 34505 W. 12 Mile Rd., Suite 333, Farmington Hills, MI 48331-3288 |
| 21485572 | ^ | MEBN | Feb 23 2026 21:33:58 | Arstrat, 231 W. Main St., 2nd Floor, Denison, TX 75020-3024 |
| 21485573 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 23 2026 21:38:13 | Ashley Furniture Home Stores/Syncb, Po Box 71715, Philadelphia, PA 19176-1715 |
| 21485574 | + | Email/Text: g17768@att.com | Feb 23 2026 21:36:00 | At&T, 2270 Lakeside Blvd, 7th Floor, Richardson, TX 75082-4304 |
| 21485576 | ^ | MEBN | Feb 23 2026 21:32:38 | Attorney General, Main Justice Bldg, Room 5111, 10th & Constitution Ave., N.W., Washington, DC 20530-0001 |
| 21485581 | + | Email/Text: bankruptcy@brinkshome.com | Feb 23 2026 21:36:00 | Brinks Home, Po Box 814530, Dallas, TX 75381-4530 |
| 21485591 | | Email/Text: customercareus@creditcorpsolutionsinc.com | Feb 23 2026 21:36:00 | Credit Corp Solutions, Inc., 121 W. Election Rd., Suite 200, Draper, UT 84020 |
| 21485582 | + | Email/Text: bankruptcy@cavps.com | Feb 23 2026 21:37:00 | Calvary Spv I Llc, PO Box 4252, Greenwich, CT 06831-0405 |
| 21485583 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 23 2026 21:38:22 | Capital One Bank - Consumer Credit Cards, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 21485584 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 23 2026 21:38:28 | Capital One/Walmart, PO Box 60519, City of Industry, CA 91716-0519 |
| 21487685 | + | Email/Text: bankruptcy@cavps.com | Feb 23 2026 21:37:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 21485585 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 23 2026 21:38:20 | Chase Auto, 700 Kansas Lane Ls4-4041, Monroe, LA 71203-4774 |
| 21525516 | + | Email/Text: emccain@pbfcm.com | Feb 23 2026 21:37:00 | City of Godley, c/o Perdue Brandon Fielder et al, 500 East Border Street, Suite 640, Arlington, TX 76010-7457 |
| 21485588 | + | Email/Text: mediamanagers@clientservices.com | Feb 23 2026 21:36:00 | Client Services Incorporated, 3451 Harry S Truman Blvd., Saint Charles, MO 63301-9816 |
| 21485589 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 23 2026 21:37:00 | Comenity Capital Bank, P.O. Box 183043, Columbus, OH 43218-3043 |
| 21485590 | + | Email/Text: bankruptcy@credencerm.com | Feb 23 2026 21:37:00 | Credence Resource Management, 4222 Trinity Mills Rd., Suite 260, Dallas, TX 75287-7666 |
| 21485592 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 23 2026 21:38:15 | Credit One Bank, P.O. Box 60500, City of Industry, CA 91716-0500 |
| 21485593 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 23 2026 21:38:15 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 21485594 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 23 2026 21:38:15 | Credit One Bank Na, 6801 S Cimarron Road, Las Vegas, NV 89113-2273 |
| 21485595 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 23 2026 21:38:30 | Credit One Bank, N.A., P.O. Box 98876, Las Vegas, NV 89193-8876 |
| 21485596 | + | Email/Text: cscbk@creditservicecompany.com | Feb 23 2026 21:37:00 | Credit Service Company, Po Box 1120, Colorado Springs Spring, CO 80901-1120 |
| 21518866 | | Email/Text: mrdiscen@discover.com | Feb 23 2026 21:36:00 | Discover Bank, PO Box 3025, New Albany, OH |

Case 24-44478-mxm13   Doc 109   Filed 02/25/26   Entered 02/25/26 23:23:57   Desc
Imaged Certificate of Notice   Page 5 of 9

| District/off: 0539-4 | User: admin | Page 3 of 7 |
|---|---|---|
| Date Rcvd: Feb 23, 2026 | Form ID: pdf022 | Total Noticed: 120 |

| | | | |
|---|---|---|---|
| 21485597 | + Email/Text: mrdiscen@discover.com | | 43054-3025 |
| | | Feb 23 2026 21:36:00 | Discover Card Credit Cards, PO Box 6103, Carol Stream, IL 60197-6103 |
| 21485601 | Email/Text: collecadminbankruptcy@fnni.com | Feb 23 2026 21:36:00 | First National Bank Of Omaha, 1620 Dodge St., Sc-3113, Omaha, NE 68197 |
| 21525517 | + Email/Text: emccain@pbfcm.com | Feb 23 2026 21:37:00 | Godley ISD, c/o Perdue Brandon Fielder et al, 500 East Border Street, Suite 640, Arlington, TX 76010-7457 |
| 21485607 | + Email/Text: HWIBankruptcy@hunterwarfield.com | Feb 23 2026 21:37:00 | Hunter Warfield, 4620 Woodland Corporate Blvd., Tampa, FL 33614-2415 |
| 21485609 | + Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 23 2026 21:37:00 | IRS, Special Procedures-Insolvency, PO Box 7346, Philadelphia, PA 19101-7346 |
| 21536278 | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 23 2026 21:37:00 | Jefferson Capital Systems LLC, PO Box 7999, St. Cloud, MN 56302-9617 |
| 21525565 | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 23 2026 21:38:27 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O Box 29505 AZ1-5757, Phoenix AZ 85038-9505 |
| 21485610 | ^ MEBN | Feb 23 2026 21:32:45 | January Technologies, Inc, 176 Grand St 4th Floor, New York, NY 10013-3786 |
| 21485611 | + Email/Text: JCAP_BNC_Notices@jcap.com | Feb 23 2026 21:37:00 | Jefferson Capital Systems, Llc, Po Box 11407 Dept. #6419, Birmingham, AL 35246-3035 |
| 21485612 | + Email/Text: dallas.bankruptcy@LGBS.com | Feb 23 2026 21:37:00 | LGBS, 100 Throckmorton St # 300, Fort Worth, TX 76102-2833 |
| 21485613 | + Email/Text: dallas.bankruptcy@LGBS.com | Feb 23 2026 21:37:00 | LGBS-Dallas, 2777 N Stemmons Fwy Suite 1000, Dallas, TX 75207-2328 |
| 21489728 | Email/PDF: resurgentbknotifications@resurgent.com | Feb 23 2026 21:38:17 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 21485615 | + Email/PDF: resurgentbknotifications@resurgent.com | Feb 23 2026 21:38:24 | Lvnv Funding, Llc C/O Resurgent Capital Services, Po Box 1269, Greenville, SC 29602-1269 |
| 21485616 | Email/Text: bknotices@mbandw.com | Feb 23 2026 21:37:00 | Mccarthy, Burgess & Wolff, 26000 Cannon Rd., Cleveland, OH 44146 |
| 21485620 | Email/Text: e-service@mosslawfirmpc.com | Feb 23 2026 21:37:00 | Moss Law Firm, P.C., 5110 80th St., Suite B, Lubbock, TX 79424 |
| 21485621 | Email/Text: erin@rentmoxie.com | Feb 24 2026 11:25:00 | Moxie Property Management, 2131 N. Collins St., Arlington, TX 76011 |
| 21485619 | + Email/Text: bankruptcydpt@mcmcg.com | Feb 23 2026 21:37:00 | Midland Credit Management, 320 E Big Beaver Road Ste 300, Troy, MI 48083-1271 |
| 21485618 | + Email/Text: bankruptcydpt@mcmcg.com | Feb 23 2026 21:37:00 | Midland Credit Management, 350 Camino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 21539434 | + Email/Text: bankruptcydpt@mcmcg.com | Feb 23 2026 21:37:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 21490415 | Email/Text: bankruptcy@nfm.com | Feb 23 2026 21:37:00 | NEBRASKA FURNITURE MART, 5600 NEBRASKA FURNITURE MART DR, #08444, THE COLONY TX 75056-5348 |
| 21485622 | + Email/Text: bankruptcy@nfm.com | Feb 23 2026 21:37:00 | Nebraska Furniture Mart, Po Box 2335, Omaha, NE 68103-2335 |
| 21525520 | Email/Text: emccain@pbfcm.com | Feb 23 2026 21:37:00 | Johnson County, c/o Perdue Brandon Fielder et al, 500 East Border Street, Suite 640, Arlington, TX 76010 |
| 21534394 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 23 2026 21:38:23 | Portfolio Recovery Associates, LLC, c/o CREDIT ASSET SALES LLC, POB 41067, Norfolk, VA 23541 |

Case 24-44478-mxm13 Doc 109 Filed 02/25/26 Entered 02/25/26 23:23:57 Desc
Imaged Certificate of Notice    Page 6 of 9

| District/off: 0539-4 | User: admin | Page 4 of 7 |
|---|---|---|
| Date Rcvd: Feb 23, 2026 | Form ID: pdf022 | Total Noticed: 120 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 21537745 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 23 2026 21:38:23 | | Portfolio Recovery Associates, LLC, c/o Capital One, N.a., POB 41067, Norfolk VA 23541 |
| 21485634 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 23 2026 21:38:16 | | Portfolio Recovery Associates, Llc, 120 Corporate Blvd, Norfolk,, VA 23502 |
| 21485633 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 23 2026 21:38:30 | | Portfolio Recovery Associates, Llc, Po Box 12914, Norfolk, VA 23541 |
| 21485627 | + | Email/PDF: ais.sync.ebn@aisinfo.com Feb 23 2026 21:38:20 | | Paypal Credit/Syncb, PO BOX 71707, Philadelphia, PA 19176-1707 |
| 21485628 | + | Email/Text: emccain@pbfcm.com Feb 23 2026 21:37:00 | | Perdue Brandon Fielder Collins & Mott Llp, 500 E. Border St. Ste. 640, Arlington, TX 76010-7457 |
| 21485629 | + | Email/Text: emccain@pbfcm.com Feb 23 2026 21:37:00 | | Perdue Brandon Fielder Collins and Mott LLP, 500 E. Border #640, Arlington, TX 76010-7457 |
| 21485630 | ^ | MEBN Feb 23 2026 21:33:53 | | Phoenix Financial Services, Po Box 8017, Fishers, IN 46038-8017 |
| 21485635 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 23 2026 21:38:23 | | Portfolio Recovery Servicing, Inc., 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 21485637 | + | Email/Text: brprocessor@pfccollects.com Feb 23 2026 21:37:00 | | Professional Finance Company Inc, 5754 West 11st St, Greeley, CO 80634-4811 |
| 21495778 | | Email/Text: bnc-quantum@quantum3group.com Feb 23 2026 21:37:00 | | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 21485638 | + | Email/Text: ngisupport@radiusgs.com Feb 23 2026 21:36:00 | | Radius Global Solutions Llc, Po Box 390846, Minneapolis, MN 55439-0846 |
| 21485640 | | Email/PDF: resurgentbknotifications@resurgent.com Feb 23 2026 21:38:17 | | Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 21485641 | + | Email/Text: bankruptcyteam@rocketmortgage.com Feb 23 2026 21:37:00 | | Rocket Mortgage, Llc, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 21485642 | ^ | MEBN Feb 23 2026 21:34:01 | | Shepherd Outsourcing, Llc, Po Box 27115, Greenville, SC 29616-2115 |
| 21485646 | + | Email/PDF: ais.sync.ebn@aisinfo.com Feb 23 2026 21:38:20 | | Synchrony Bank, Attn: Bankruptcy Dept., P.O. Box 965061, Orlando, FL 32896-5061 |
| 21533186 | ^ | MEBN Feb 23 2026 21:32:43 | | TD Bank, N.A., successor in interest to, TD Auto Finance LLC, c/o Wilcox Law, PLLC, P.O. Box 201849, Arlington, TX 76006-1849 |
| 21533187 | + | Email/Text: jaxbanko@td.com Feb 23 2026 21:36:00 | | TD Bank, N.A., successor in interest to, TD Auto Finance LLC, P.O. Box 551080, Jacksonville, FL 32255-1080 |
| 21485643 | | Email/Text: pacer@cpa.state.tx.us Feb 23 2026 21:37:00 | | State Comptroller, Revenue Accounting Division, PO Box 13528, Austin, TX 78711 |
| 21485647 | + | Email/Text: TAX-CTS-Southwestern.BankruptcyMail@usdoj.gov Feb 23 2026 21:36:00 | | Tax Division-US Department of Justice, 717 N. Harwood, Ste. 400, Dallas, TX 75201-6598 |
| 21485648 | + | Email/Text: jaxbanko@td.com Feb 23 2026 21:36:00 | | Td Auto Finance, Po Box 9223, Farmington Hills, MI 48333-9223 |
| 21485649 | + | Email/Text: #loanresolutions-bankruptcy@tdecu.org Feb 23 2026 21:37:00 | | Tdecu, 1001 Fm 2004, Lake Jackson, TX 77566-4027 |
| 21485651 | + | Email/Text: bankruptcyclerk@tabc.texas.gov Feb 23 2026 21:37:00 | | Texas Alcoholic Bev. Comm., Licenses and Permits Division, PO Box 13127, Austin, TX 78711-3127 |
| 21485652 | + | Email/Text: bcd@oag.texas.gov Feb 23 2026 21:36:00 | | Texas Attorney General, BK-Collections Division, PO Box 12548, Austin, TX 78711-2548 |
| 21485653 | + | Email/Text: THRBankruptcynotice@texashealth.org Feb 23 2026 21:37:00 | | Texas Health Alliance, 10864 Texas Health Trail, Fort Worth, TX 76244-4897 |

Case 24-44478-mxm13  Doc 109  Filed 02/25/26  Entered 02/25/26 23:23:57  Desc
Imaged Certificate of Notice   Page 7 of 9

| District/off: 0539-4 | User: admin | Page 5 of 7 |
|---|---|---|
| Date Rcvd: Feb 23, 2026 | Form ID: pdf022 | Total Noticed: 120 |

| Recip ID | Notice Method | Date/Time | Name and Address |
|---|---|---|---|
| 21488387 | Email/PDF: ebn_ais@aisinfo.com | Feb 23 2026 21:38:24 | Texas Health Resources, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 21485654 | + Email/Text: THRBankruptcynotice@texashealth.org | Feb 23 2026 21:37:00 | Texas Health Resources, 612 E Lamar, Arlington, TX 76011-4121 |
| 21485657 | + Email/Text: collections.pacer@twc.texas.gov | Feb 23 2026 21:37:00 | Texas Workforce Comm., TEC Building-Bankruptcy, 101 E. 15th Street, Austin, TX 78778-0001 |
| 21485658 | + Email/Text: nlorenz@bankofmissouri.com | Feb 23 2026 21:37:00 | The Bank Of Missouri-Zales, 916 N Kings Hwy, Perryville, MO 63775-1204 |
| 21485659 | + Email/Text: bankruptcy@trusteecorps.com | Feb 23 2026 21:37:00 | Trustee Corps, 17100 Gillette Ave., Irvine, CA 92614-5603 |
| 21535313 | Email/Text: USBANK_bkmail@ecf.epiqsystems.com | Feb 23 2026 21:36:00 | U.S. Bank National Association, Bankruptcy Department, 2800 Tamarack Road, Owensboro, Kentucky 42301 |
| 21485661 | + Email/Text: ustpregion06.da.ecf@usdoj.gov | Feb 23 2026 21:37:00 | U.S. Trustee, 1100 Commerce St., Rm 976, Dallas, TX 75242-0996 |
| 21485665 | + Email/Text: rdafoe@wslawpc.com | Feb 23 2026 21:37:00 | Waddell Serafino Geary Rechner Jenevein, P.C., 1717 Main St., Suite 2500, Dallas, TX 75201-7341 |
| 21515276 | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Feb 23 2026 21:38:21 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 79

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 22545707 | | ONSLOW BAY FINANCIAL, LLC., C/O ROCKET MORTGAGE, LLC FKA QUICKEN LOA |
| 21485569 | *+ | Affirm, Inc., 30 Isabella St. Floor 4, Pittsburgh, PA 15212-5862 |
| 21485608 | *+ | Internal Revenue Service, Philadelphia, PA 19101, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 21537746 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, c/o Credit Asset Sales LLC, POB 41067, Norfolk VA 23541 |
| 21485626 | *+ | Paul Ervin Reed, 120 Saddle Ridge Drive, Godley, TX 76044-3878 |
| 21485650 | *+ | Tdecu, 1001 FM 2004, Lake Jackson, TX 77566-4027 |
| 21485663 | *P++ | U S BANK, 4801 FREDERICA STREET, OWENSBORO KY 42301-7441, address filed with court:, Us Bank, 200 South Sixth St., Minneapolis, MN 55401 |

TOTAL: 1 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2026             Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

| District/off: 0539-4 | User: admin | Page 6 of 7 |
|---|---|---|
| Date Rcvd: Feb 23, 2026 | Form ID: pdf022 | Total Noticed: 120 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Clayton Everett | on behalf of Plaintiff Paul Ervin Reed Jr. clayton@norredlaw.com clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |
| Clayton Everett | on behalf of Debtor Deborah Denise Reed clayton@norredlaw.com clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |
| Clayton Everett | on behalf of Joint Debtor Paul Ervin Reed Jr. clayton@norredlaw.com clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |
| Clayton Everett | on behalf of Plaintiff Deborah Denise Reed clayton@norredlaw.com clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |
| Dominique M. Varner | on behalf of Creditor Rocket Mortgage LLC fka Quicken Loans, LLC dvarner@hwa.com |
| Elizabeth Banda Calvo | on behalf of Creditor Johnson County ebcalvo@pbfcm.com rgleason@pbfcm.com |
| Elizabeth Banda Calvo | on behalf of Creditor City of Godley ebcalvo@pbfcm.com rgleason@pbfcm.com |
| Elizabeth Banda Calvo | on behalf of Creditor Godley ISD ebcalvo@pbfcm.com rgleason@pbfcm.com |
| Michael L. Weems | on behalf of Creditor Rocket Mortgage LLC fka Quicken Loans, LLC mlw@hwa.com |
| Nathan Frederick Jones Smith | on behalf of Creditor McNeil & Meyers Receivables Management Group LLC nathan@mclaw.org, TXND_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com |
| Nathan Frederick Jones Smith | on behalf of Defendant McNeil & Meyers Receivables Management Group LLC nathan@mclaw.org, TXND_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com |
| Pam Bassel | fwch13cmecf@fwch13.com |
| Pam Bassel | on behalf of Trustee Pam Bassel fwch13cmecf@fwch13.com |
| Stephen Wilcox | on behalf of Creditor TD Bank N.A., successor in interest to TD Auto Finance LLC kraudry@wilcoxlaw.net, swilcoxndtx@wilcoxlaw.net;krw77@sbcglobal.net;kraudry@ecf.inforuptcy.com |
| Tom W. Sharp | on behalf of Creditor Nebraska Furniture Mart Inc. tsharp@blalack.com bksupport@blalack.com |
| United States Trustee | ustpregion06.da.ecf@usdoj.gov |
| Warren V. Norred | on behalf of Joint Debtor Paul Ervin Reed Jr. warren@norredlaw.com anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |
| Warren V. Norred | on behalf of Debtor Deborah Denise Reed warren@norredlaw.com anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |
| Warren V. Norred | on behalf of Plaintiff Deborah Denise Reed warren@norredlaw.com anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |
| Warren V. Norred | on behalf of Plaintiff Paul Ervin Reed Jr. warren@norredlaw.com anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |

District/off: 0539-4 User: admin Page 7 of 7
Date Rcvd: Feb 23, 2026 Form ID: pdf022 Total Noticed: 120
TOTAL: 20