**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| In re:<br><br>Deborah Denise Reed<br>Paul Ervin Reed Jr<br>            Debtor(s) | Case No. 24-44478-MXM |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Pam Bassel, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 12/02/2024.

2) The plan was confirmed on  NA .

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5) The case was dismissed on 02/23/2026.

6) Number of months from filing or conversion to last payment: 10.

7) Number of months case was pending: 18.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $473,272.50.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

## Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $13,916.00 |
| Less amount refunded to debtor | $917.42 |

**NET RECEIPTS:** **$12,998.58**

## Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $1,082.70 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,207.93 |
| Other | $536.79 |

**TOTAL EXPENSES OF ADMINISTRATION:** **$2,827.42**

Attorney fees paid and disclosed by debtor:     $2,105.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Acima Credit | Unsecured | 3,706.08 | NA | NA | 0.00 | 0.00 |
| Affirm Inc | Unsecured | 5,907.83 | NA | NA | 0.00 | 0.00 |
| American Profit Recovery | Unsecured | 210.26 | NA | NA | 0.00 | 0.00 |
| ARSTRAT | Unsecured | 7,591.41 | NA | NA | 0.00 | 0.00 |
| AT&T | Unsecured | 326.09 | NA | NA | 0.00 | 0.00 |
| Blue Cross Blue Shield Nebraska | Unsecured | 974.04 | NA | NA | 0.00 | 0.00 |
| CAVALRY PORTFOLIO SERVICES | Unsecured | 1,143.25 | 1,143.25 | 1,143.25 | 0.00 | 0.00 |
| CITY OF GODLEY | Unsecured | 1,795.89 | NA | NA | 0.00 | 0.00 |
| CITY OF GODLEY | Secured | NA | 1,795.89 | 1,795.89 | 0.00 | 0.00 |
| Credence Resource Management LLC | Unsecured | 242.80 | NA | NA | 0.00 | 0.00 |
| Credence Resource Management LLC | Unsecured | 1,993.12 | NA | NA | 0.00 | 0.00 |
| CREDIT SERVICE CO | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| DISCOVER | Unsecured | 2,096.92 | NA | NA | 0.00 | 0.00 |
| Discover Bank | Unsecured | NA | 2,096.92 | 2,096.92 | 0.00 | 0.00 |
| Farmers New World Life Insurance Compa | Unsecured | 14,608.76 | NA | NA | 0.00 | 0.00 |
| Farmers New World Life Insurance Compa | Unsecured | 58,529.77 | NA | NA | 0.00 | 0.00 |
| FORT WORTH COMMUNITY CREDIT l | Unsecured | 10,060.00 | 10,060.00 | 10,060.00 | 0.00 | 0.00 |
| GJ Chavez AND Associates | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| GODLEY ISD | Unsecured | 2,558.48 | NA | NA | 0.00 | 0.00 |
| GODLEY ISD | Secured | NA | 2,558.48 | 2,558.48 | 0.00 | 0.00 |
| Hendrixsons Storage | Unsecured | 374.00 | NA | NA | 0.00 | 0.00 |
| Howe AND Springer PC | Unsecured | 1,200.00 | NA | NA | 0.00 | 0.00 |
| Hunter Warfield | Unsecured | 1,093.50 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 36,413.95 | 36,413.95 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 9,443.51 | 3,594.88 | 3,594.88 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 7,272.85 | 7,272.85 | 0.00 | 0.00 |
| January Technologies Inc | Unsecured | 168.49 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 657.66 | 657.66 | 657.66 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 2,484.87 | 2,484.47 | 2,484.47 | 0.00 | 0.00 |
| JOHNSON COUNTY | Unsecured | 1,544.77 | NA | NA | 0.00 | 0.00 |
| JOHNSON COUNTY | Secured | NA | 1,544.77 | 1,544.77 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| JP MORGAN CHASE BANK NA | Secured | 3,236.01 | 3,236.01 | 3,236.01 | 0.00 | 0.00 |
| Liberty Diagnostics Llc | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING LLC | Unsecured | 541.87 | 541.87 | 541.87 | 0.00 | 0.00 |
| LVNV FUNDING LLC | Unsecured | 977.73 | 977.73 | 977.73 | 0.00 | 0.00 |
| LVNV FUNDING LLC | Unsecured | 2,903.86 | 2,903.86 | 2,903.86 | 0.00 | 0.00 |
| LVNV FUNDING LLC | Unsecured | 350.53 | 350.53 | 350.53 | 0.00 | 0.00 |
| MCCARTHY BURGESS & WOLF | Unsecured | 1,219.78 | NA | NA | 0.00 | 0.00 |
| Mcneil AND Meyers Receivables Manage | Unsecured | 75,184.04 | NA | NA | 0.00 | 0.00 |
| Mcneil AND Meyers Receivables Manage | Secured | 29,369.42 | 75,184.04 | 75,184.04 | 0.00 | 0.00 |
| Mcneil AND Meyers Receivables Manage | Secured | 11,293.20 | 11,293.20 | 11,293.20 | 0.00 | 0.00 |
| Midland Credit Management Inc | Unsecured | 1,805.25 | 1,076.64 | 1,076.64 | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT IN | Unsecured | 1,076.64 | NA | NA | 0.00 | 0.00 |
| Midland Credit Management Inc | Unsecured | 453.09 | 453.09 | 453.09 | 0.00 | 0.00 |
| Midland Credit Management Inc | Unsecured | 1,541.29 | 1,541.29 | 1,541.29 | 0.00 | 0.00 |
| Midland Credit Management Inc | Unsecured | 401.07 | 401.07 | 401.07 | 0.00 | 0.00 |
| Moss Law Firm | Unsecured | 3,020.06 | NA | NA | 0.00 | 0.00 |
| MOXIE PM LLC | Unsecured | 1,093.50 | NA | NA | 0.00 | 0.00 |
| NEBRASKA FURNITURE MART | Unsecured | NA | 7,698.83 | 7,698.83 | 0.00 | 0.00 |
| NEBRASKA FURNITURE MART | Secured | 11,635.42 | 3,936.59 | 3,936.59 | 0.00 | 0.00 |
| North Texas Tollway | Unsecured | 2,500.00 | NA | NA | 0.00 | 0.00 |
| North Texas Tollway | Unsecured | 7,000.00 | NA | NA | 0.00 | 0.00 |
| North Texas Tollway | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| PERDUE BRACKETT FLORES UTT & I | Unsecured | 7,000.00 | NA | NA | 0.00 | 0.00 |
| Phoenix Financial Services | Unsecured | 454.58 | NA | NA | 0.00 | 0.00 |
| Phoenix Financial Services | Unsecured | 3,406.25 | NA | NA | 0.00 | 0.00 |
| Physician Partners Of America | Unsecured | 213.24 | NA | NA | 0.00 | 0.00 |
| Port A Boat And Rv Storage Llc | Unsecured | 460.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MGMT, LLC | Unsecured | 3,682.81 | 3,682.81 | 3,682.81 | 0.00 | 0.00 |
| PRA RECEIVABLES MGMT, LLC | Unsecured | 1,947.94 | 1,947.94 | 1,947.94 | 0.00 | 0.00 |
| PRA RECEIVABLES MGMT, LLC | Unsecured | 1,592.13 | 1,592.13 | 1,592.13 | 0.00 | 0.00 |
| PRA RECEIVABLES MGMT, LLC | Unsecured | NA | 1,805.25 | 1,805.25 | 0.00 | 0.00 |
| Priva Medical Group | Unsecured | 195.71 | NA | NA | 0.00 | 0.00 |
| Professional Finance Company Inc | Unsecured | 200.07 | NA | NA | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 2,635.96 | 2,635.96 | 2,635.96 | 0.00 | 0.00 |
| ROCKET MORTGAGE LLC FKA QUICK | Secured | NA | 4,581.82 | 4,581.82 | 0.00 | 0.00 |
| ROCKET MORTGAGE LLC FKA QUICK | Secured | 5,085.58 | 9,163.64 | 9,163.64 | 0.00 | 0.00 |
| ROCKET MORTGAGE LLC FKA QUICK | Secured | 15,546.92 | 10,601.09 | 10,601.09 | 0.00 | 0.00 |
| ROCKET MORTGAGE LLC FKA QUICK | Secured | NA | 500.00 | 500.00 | 0.00 | 0.00 |
| ROCKET MORTGAGE LLC FKA QUICK | Secured | 119,511.13 | NA | NA | 10,171.16 | 0.00 |
| State Farm Insurance | Unsecured | 423.87 | NA | NA | 0.00 | 0.00 |
| TD AUTO FINANCE | Secured | 14,170.61 | 14,170.61 | 14,170.61 | 0.00 | 0.00 |
| TDECU | Unsecured | 5,566.13 | NA | NA | 0.00 | 0.00 |
| TDECU | Unsecured | 2,425.92 | NA | NA | 0.00 | 0.00 |
| TDECU | Secured | 33,000.00 | NA | NA | 0.00 | 0.00 |
| Texas Health Resources | Unsecured | 100.00 | 100.00 | 100.00 | 0.00 | 0.00 |
| Texas Health Resources | Unsecured | 100.00 | 100.00 | 100.00 | 0.00 | 0.00 |
| Urology Partners | Unsecured | 22.88 | NA | NA | 0.00 | 0.00 |
| US BANK NATIONAL ASSOCIATION | Secured | 21,220.71 | 21,220.71 | 21,220.71 | 0.00 | 0.00 |
| Valentine AND Kebartas Llc | Unsecured | 977.73 | NA | NA | 0.00 | 0.00 |
| WADDELL SERAFINO GEARY RECHN | Unsecured | 5,670.55 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO | Unsecured | NA | 5,670.55 | 5,670.55 | 0.00 | 0.00 |
| Wise Health System | Unsecured | 87.50 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $10,171.16 | $0.00 |
| Mortgage Arrearage | $19,764.73 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $38,627.33 | $0.00 | $0.00 |
| All Other Secured | $101,394.79 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$159,786.85** | **$10,171.16** | **$0.00** |
| | | | |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $3,594.88 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$3,594.88** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS**: | **$93,608.65** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $2,827.42 |
| Disbursements to Creditors | $10,171.16 |
| | |
| **TOTAL DISBURSEMENTS** : | **$12,998.58** |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 06/02/2026                    By: /s/ Pam Bassel

                                                                    Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case , therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**