United States Bankruptcy Court

Northern District of Texas

In re:                                                                                    Case No. 24-44478-mxm

Deborah Denise Reed                                                          Chapter 13

Paul Ervin Reed Jr.

    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0539-4 | User: admin | Page 1 of 7 |
| Date Rcvd: Jun 03, 2026 | Form ID: pdf013 | Total Noticed: 123 |

The following symbols are used throughout this certificate:

**Symbol       Definition**

+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++            Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^             Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 05, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Deborah Denise Reed, Paul Ervin Reed Jr., 120 Saddle Ridge Drive, Godley, TX 76044-3878 |
| 21485570 | | American Medical Response, 6000 S. Quebec Street, Greenwood Village, CO 80111 |
| 21485575 | + | At&T C/O Business Bankruptcy, Po Box 769, Arlington, TX 76004-0769 |
| 21485578 | ++ | BLALACK WILLIAMS P C, 4851 LBJ FREEWAY, SUITE 750, DALLAS TX 75244-6012 address filed with court:, Blalack & Williams, 4851 Lbj Freeway, Suite 750, Dallas, TX 75244 |
| 21485577 | + | Barbara Mcginnis, 505 E. 14th Street, Cisco, TX 76437-3935 |
| 21485579 | + | Blue Cross Blue Shield Nebraska, P.O. Box 660717, Dallas, TX 75266-0717 |
| 21485580 | + | Brackett & Ellis, 100 Main St., Fort Worth, TX 76102-3008 |
| 21485586 | + | Citibank, N.A., Po Box 3340, Lubbock, TX 79452-3340 |
| 21485587 | + | Citibank/The Home Depot, P.O. Box 3040, Lubbock, TX 79452-3040 |
| 21485598 | + | Eagle Mountain Saginaw Isd, 1600 Mustang Rock Rd., Fort Worth, TX 76179-2509 |
| 21485599 | + | Envision Radiology, 203 Walls Dr Suite 101, Cleburne, TX 76033-7029 |
| 21485602 | ++ | FLAGSTAR BANK FSB, 5151 CORPORATE DRIVE, MAIL STOP E 115 3, TROY MI 48098-2639 address filed with court:, Flagstar Bank Fsb, 5151 Corporate Drive Troy, Troy, MI 48098 |
| 21485600 | + | Farmers New World Life Insurance Company, 3120 139th Ave. Se, Suite 300, Bellevue, WA 98005-4491 |
| 21485603 | + | Fort Worth Community Credit Union, PO Box 210848, Bedford, TX 76095-7848 |
| 21485604 | + | G.J. Chavez & Associates, 3315 Silverstone Dr., Suite A, Plano, TX 75023-7879 |
| 21485605 | + | Hendrixsons Storage, 4829 Overton Woods Drive, Fort Worth, TX 76109-2431 |
| 21485606 | + | Howe & Springer, P.C., 419 S. Carroll Blvd., #1a, Denton, TX 76201-7428 |
| 21485614 | + | Liberty Diagnostics Llc, 1001 12th Avenue, Suite 141, Fort Worth, TX 76104-3926 |
| 21576203 | + | McNeil & Meyers Receivables Management Group, LLC, 610 S. Industrial Blvd Ste# 100, Euless, TX 76040-5048 |
| 21485617 | + | Mcneil & Meyers Receivables Management Group, 610 S. Industrial Blvd., Suite 100, Euless, TX 76040-5048 |
| 21485623 | + | Norred Law, PLLC, Norred Law, PLLC, 515 E. Border, Arlington, TX 76010-7402 |
| 21485624 | + | North Texas Tollway Authority, 39025 Lbj Service Road, Dallas, TX 75232-5401 |
| 21485625 | + | Paul Ervin Reed, 120 Saddle Ridge Drive, Godley, TX 76044-3878 |
| 21485631 | | Physician Partners Of America, 1:23-Bk-11469, Delaware Bankruptcy Court, Brentwood, TN 37027 |
| 21485632 | + | Port A Boat And Rv Storage Llc, 8429 Colburn, The Colony, TX 75056-5163 |
| 21485636 | + | Priva Medical Group, Po Box 961205, Fort Worth, TX 76161-0205 |
| 21485639 | | Ramic Fort Worth Llc, 720 12th Ave., Suite 100, Fort Worth, TX 76104 |
| 21505462 | | Rocket Mortgage, LLC FKA Quicken Loans, LLC, 635 Woodward Ave., Detroit, MI 48226 |
| 21485644 | + | State Farm Insurance, Po Box 52265, Phoenix, AZ 85072-2265 |
| 21485645 | + | Sterling Jewelers, Inc., 3000 Kellway Drive, Suite 120, Carrollton, TX 75006-3356 |
| 21485655 | + | Texas Health Southwest Fort Worth, 6100 Harris Parkway, Fort Worth, TX 76132-4101 |
| 21485656 | + | Texas Pain Relief Group Pllc, 7515 Greenville Ave #500, Dallas, TX 75231-3849 |
| 21485660 | | U.S. Attorney-North, 3rd. Floor, 1100 Commerce St., Dallas, TX 75242 |
| 21485662 | + | Urology Partners, 5001 S. Cooper St., Suite 225, Arlington, TX 76017-5993 |
| 21485664 | + | Valentine & Kebartas Llc, Po Box 325, Lawrence, ME 01842-0625 |
| 21485666 | + | Weed Man, Po Box 489, Argyle, TX 76226-0489 |
| 21485667 | + | Wells Fargo Bank, Na'S, P.O. Box 2594, Faribault, MN 55021-9594 |
| 21485668 | + | Wendy Burgess-Tax Assessor, 100 E. Weatherford Street, Fort Worth, TX 76196-0206 |
| 22875422 | + | Wilcos Law, PLLC, PO Box 201849, Arlington, TX 76006-1849 |
| 21485669 | + | Wise Health System, 2000 S. Fm 51, Decatur, TX 76234-3702 |

TOTAL: 40

| District/off: 0539-4 | User: admin | Page 2 of 7 |
|---|---|---|
| Date Rcvd: Jun 03, 2026 | Form ID: pdf013 | Total Noticed: 123 |

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: emccain@pbfcm.com | Jun 04 2026 00:33:00 | City of Godley, % Perdue Brandon Fielder Et Al, 500 E Border Street, Suite 640, Arlington, TX 76010-7457 |
| cr | + | Email/Text: emccain@pbfcm.com | Jun 04 2026 00:33:00 | Godley ISD, % Perdue Brandon Fielder Et Al, 500 E. Border Street, Suite 640, Arlington, TX 76010-7457 |
| cr | | Email/Text: emccain@pbfcm.com | Jun 04 2026 00:33:00 | Johnson County, % Perdue Brandon Fielder Et Al, 500 E. Border Street, Suite 640, Arlington, TX 76010 |
| 21485567 | + | Email/Text: bankruptcy@acima.com | Jun 04 2026 00:34:00 | Acima Leasing, 9815 S. Monroe Street, 4th Floor, Sandy, UT 84070-4384 |
| 21485568 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jun 04 2026 00:35:49 | Affirm, 30 Isabella St. Floor 4, Pittsburgh, PA 15212-5862 |
| 21485571 | + | Email/Text: bky@americanprofit.net | Jun 04 2026 00:34:00 | American Profit Recovery, 34505 W. 12 Mile Rd., Suite 333, Farmington Hills, MI 48331-3288 |
| 21485572 | ^ | MEBN | Jun 04 2026 00:23:14 | Arstrat, 231 W. Main St., 2nd Floor, Denison, TX 75020-3024 |
| 21485573 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 04 2026 00:36:00 | Ashley Furniture Home Stores/Syncb, Po Box 71715, Philadelphia, PA 19176-1715 |
| 21485574 | + | Email/Text: g17768@att.com | Jun 04 2026 00:33:00 | At&T, 2270 Lakeside Blvd, 7th Floor, Richardson, TX 75082-4304 |
| 21485576 | ^ | MEBN | Jun 04 2026 00:22:12 | Attorney General, Main Justice Bldg, Room 5111, 10th & Constitution Ave., N.W., Washington, DC 20530-0001 |
| 21485581 | + | Email/Text: bankruptcy@brinkshome.com | Jun 04 2026 00:33:00 | Brinks Home, Po Box 814530, Dallas, TX 75381-4530 |
| 21485591 | | Email/Text: customercareus@creditcorpsolutionsinc.com | Jun 04 2026 00:33:00 | Credit Corp Solutions, Inc., 121 W. Election Rd., Suite 200, Draper, UT 84020 |
| 21485582 | + | Email/Text: bankruptcy@cavps.com | Jun 04 2026 00:34:00 | Calvary Spv I Llc, PO Box 4252, Greenwich, CT 06831-0405 |
| 21485583 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 04 2026 00:36:01 | Capital One Bank - Consumer Credit Cards, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 21485584 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 04 2026 00:36:17 | Capital One/Walmart, PO Box 60519, City of Industry, CA 91716-0519 |
| 21487685 | + | Email/Text: bankruptcy@cavps.com | Jun 04 2026 00:34:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 21485585 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 04 2026 00:36:00 | Chase Auto, 700 Kansas Lane Ls4-4041, Monroe, LA 71203-4774 |
| 21525516 | + | Email/Text: emccain@pbfcm.com | Jun 04 2026 00:33:00 | City of Godley, c/o Perdue Brandon Fielder et al, 500 East Border Street, Suite 640, Arlington, TX 76010-7457 |
| 21485588 | + | Email/Text: mediamanagers@clientservices.com | Jun 04 2026 00:33:00 | Client Services Incorporated, 3451 Harry S Truman Blvd., Saint Charles, MO 63301-9816 |
| 21485589 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 04 2026 00:34:00 | Comenity Capital Bank, P.O. Box 183043, Columbus, OH 43218-3043 |
| 21485590 | + | Email/Text: bankruptcy@credencerm.com | Jun 04 2026 00:34:00 | Credence Resource Management, 4222 Trinity Mills Rd., Suite 260, Dallas, TX 75287-7666 |
| 21485592 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 04 2026 00:35:47 | Credit One Bank, P.O. Box 60500, City of Industry, CA 91716-0500 |

District/off: 0539-4 | User: admin | Page 3 of 7

Date Rcvd: Jun 03, 2026 | Form ID: pdf013 | Total Noticed: 123

| 21485593 | + Email/PDF: creditonebknotifications@resurgent.com | Jun 04 2026 00:36:03 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
|---|---|---|---|
| 21485594 | + Email/PDF: creditonebknotifications@resurgent.com | Jun 04 2026 00:36:03 | Credit One Bank Na, 6801 S Cimarron Road, Las Vegas, NV 89113-2273 |
| 21485595 | + Email/PDF: creditonebknotifications@resurgent.com | Jun 04 2026 00:35:47 | Credit One Bank, N.A., P.O. Box 98876, Las Vegas, NV 89193-8876 |
| 21485596 | + Email/Text: cscbk@creditservicecompany.com | Jun 04 2026 00:34:00 | Credit Service Company, Po Box 1120, Colorado Springs Spring, CO 80901-1120 |
| 21518866 | Email/Text: mrdiscen@discover.com | Jun 04 2026 00:33:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 21485597 | + Email/Text: mrdiscen@discover.com | Jun 04 2026 00:33:00 | Discover Card Credit Cards, PO Box 6103, Carol Stream, IL 60197-6103 |
| 21485601 | Email/Text: collecadminbankruptcy@fnni.com | Jun 04 2026 00:33:00 | First National Bank Of Omaha, 1620 Dodge St., Sc-3113, Omaha, NE 68197 |
| 21525517 | + Email/Text: emccain@pbfcm.com | Jun 04 2026 00:33:00 | Godley ISD, c/o Perdue Brandon Fielder et al, 500 East Border Street, Suite 640, Arlington, TX 76010-7457 |
| 21485607 | + Email/Text: HWIBankruptcy@hunterwarfield.com | Jun 04 2026 00:34:00 | Hunter Warfield, 4620 Woodland Corporate Blvd., Tampa, FL 33614-2415 |
| 21485609 | + Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 04 2026 00:33:00 | IRS, Special Procedures-Insolvency, PO Box 7346, Philadelphia, PA 19101-7346 |
| 21485610 | Email/Text: legal@january.com | Jun 04 2026 00:33:00 | January Technologies, Inc, 176 Grand St 4th Floor, New York, NY 10013 |
| 21536278 | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 04 2026 00:34:00 | Jefferson Capital Systems LLC, PO Box 7999, St. Cloud, MN 56302-9617 |
| 21525565 | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 04 2026 00:36:16 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O Box 29505 AZ1-5757, Phoenix AZ 85038-9505 |
| 21485611 | + Email/Text: JCAP_BNC_Notices@jcap.com | Jun 04 2026 00:34:00 | Jefferson Capital Systems, Llc, Po Box 11407 Dept. #6419, Birmingham, AL 35246-3035 |
| 21485612 | + Email/Text: dallas.bankruptcy@LGBS.com | Jun 04 2026 00:34:00 | LGBS, 100 Throckmorton St # 300, Fort Worth, TX 76102-2833 |
| 21485613 | + Email/Text: dallas.bankruptcy@LGBS.com | Jun 04 2026 00:34:00 | LGBS-Dallas, 2777 N Stemmons Fwy Suite 1000, Dallas, TX 75207-2328 |
| 21489728 | Email/PDF: resurgentbknotifications@resurgent.com | Jun 04 2026 00:36:04 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 21485615 | + Email/PDF: resurgentbknotifications@resurgent.com | Jun 04 2026 00:35:48 | Lvnv Funding, Llc C/O Resurgent Capital Services, Po Box 1269, Greenville, SC 29602-1269 |
| 21485616 | Email/Text: bknotices@mbandw.com | Jun 04 2026 00:33:00 | Mccarthy, Burgess & Wolff, 26000 Cannon Rd., Cleveland, OH 44146 |
| 21485620 | Email/Text: e-service@mosslawfirmpc.com | Jun 04 2026 00:33:00 | Moss Law Firm, P.C., 5110 80th St., Suite B, Lubbock, TX 79424 |
| 21485621 | Email/Text: erin@rentmoxie.com | Jun 04 2026 11:14:00 | Moxie Property Management, 2131 N. Collins St., Arlington, TX 76011 |
| 21485619 | + Email/Text: bankruptcydpt@mcmcg.com | Jun 04 2026 00:34:00 | Midland Credit Management, 320 E Big Beaver Road Ste 300, Troy, MI 48083-1271 |
| 21485618 | + Email/Text: bankruptcydpt@mcmcg.com | Jun 04 2026 00:34:00 | Midland Credit Management, 350 Camino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 21539434 | + Email/Text: bankruptcydpt@mcmcg.com | Jun 04 2026 00:34:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |

| | | | |
|---|---|---|---|
| 21490415 | | Email/Text: bankruptcy@nfm.com | |
| | | Jun 04 2026 00:34:00 | NEBRASKA FURNITURE MART, 5600 NEBRASKA FURNITURE MART DR, #08444, THE COLONY TX 75056-5348 |
| 21485622 | + | Email/Text: bankruptcy@nfm.com | |
| | | Jun 04 2026 00:34:00 | Nebraska Furniture Mart, Po Box 2335, Omaha, NE 68103-2335 |
| 21525520 | | Email/Text: emccain@pbfcm.com | |
| | | Jun 04 2026 00:33:00 | Johnson County, c/o Perdue Brandon Fielder et al, 500 East Border Street, Suite 640, Arlington, TX 76010 |
| 21534394 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
| | | Jun 04 2026 00:35:47 | Portfolio Recovery Associates, LLC, c/o CREDIT ASSET SALES LLC, POB 41067, Norfolk, VA 23541 |
| 21537745 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
| | | Jun 04 2026 00:36:19 | Portfolio Recovery Associates, LLC, c/o Capital One, N.a., POB 41067, Norfolk VA 23541 |
| 21485634 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
| | | Jun 04 2026 00:36:19 | Portfolio Recovery Associates, Llc, 120 Corporate Blvd, Norfolk,, VA 23502 |
| 21485633 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
| | | Jun 04 2026 00:35:48 | Portfolio Recovery Associates, Llc, Po Box 12914, Norfolk, VA 23541 |
| 21485627 | + | Email/PDF: ais.sync.ebn@aisinfo.com | |
| | | Jun 04 2026 00:36:00 | Paypal Credit/Syncb, PO BOX 71707, Philadelphia, PA 19176-1707 |
| 21485628 | + | Email/Text: emccain@pbfcm.com | |
| | | Jun 04 2026 00:33:00 | Perdue Brandon Fielder Collins & Mott Llp, 500 E. Border St. Ste. 640, Arlington, TX 76010-7457 |
| 21485629 | + | Email/Text: emccain@pbfcm.com | |
| | | Jun 04 2026 00:33:00 | Perdue Brandon Fielder Collins and Mott LLP, 500 E. Border #640, Arlington, TX 76010-7457 |
| 21485630 | ^ | MEBN | |
| | | Jun 04 2026 00:23:10 | Phoenix Financial Services, Po Box 8017, Fishers, IN 46038-8017 |
| 21485635 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
| | | Jun 04 2026 00:36:03 | Portfolio Recovery Servicing, Inc., 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 21485637 | + | Email/Text: brprocessor@pfccollects.com | |
| | | Jun 04 2026 00:34:00 | Professional Finance Company Inc, 5754 West 11st St, Greeley, CO 80634-4811 |
| 21495778 | | Email/Text: bnc-quantum@quantum3group.com | |
| | | Jun 04 2026 00:34:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 21485638 | + | Email/Text: ngisupport@radiusgs.com | |
| | | Jun 04 2026 00:33:00 | Radius Global Solutions Llc, Po Box 390846, Minneapolis, MN 55439-0846 |
| 21485640 | | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | Jun 04 2026 00:35:49 | Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 21485641 | + | Email/Text: bankruptcyteam@rocketmortgage.com | |
| | | Jun 04 2026 00:34:00 | Rocket Mortgage, Llc, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 21485642 | ^ | MEBN | |
| | | Jun 04 2026 00:23:16 | Shepherd Outsourcing, Llc, Po Box 27115, Greenville, SC 29616-2115 |
| 21485646 | + | Email/PDF: ais.sync.ebn@aisinfo.com | |
| | | Jun 04 2026 00:36:15 | Synchrony Bank, Attn: Bankruptcy Dept., P.O. Box 965061, Orlando, FL 32896-5061 |
| 21533186 | ^ | MEBN | |
| | | Jun 04 2026 00:21:44 | TD Bank, N.A., successor in interest to, TD Auto Finance LLC, c/o Wilcox Law, PLLC, P.O. Box 201849, Arlington, TX 76006-1849 |
| 21533187 | + | Email/Text: jaxbanko@td.com | |
| | | Jun 04 2026 00:33:00 | TD Bank, N.A., successor in interest to, TD Auto Finance LLC, P.O. Box 551080, Jacksonville, FL 32255-1080 |
| 21485643 | | Email/Text: pacer@cpa.state.tx.us | |
| | | Jun 04 2026 00:34:00 | State Comptroller, Revenue Accounting Division, PO Box 13528, Austin, TX 78711 |
| 21485647 | + | Email/Text: TAX-CTS-Southwestern.BankruptcyMail@usdoj.gov | |
| | | Jun 04 2026 00:33:00 | Tax Division-US Department of Justice, 717 N. Harwood, Ste. 400, Dallas, TX 75201-6598 |
| 21485648 | + | Email/Text: jaxbanko@td.com | |

District/off: 0539-4      User: admin      Page 5 of 7

Date Rcvd: Jun 03, 2026      Form ID: pdf013      Total Noticed: 123

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jun 04 2026 00:33:00 | Td Auto Finance, Po Box 9223, Farmington Hills, MI 48333-9223 |
| 21485649 | + | Email/Text: #loanresolutions-bankruptcy@tdecu.org | Jun 04 2026 00:33:00 | Tdecu, 1001 Fm 2004, Lake Jackson, TX 77566-4027 |
| 21485651 | + | Email/Text: bankruptcyclerk@tabc.texas.gov | Jun 04 2026 00:34:00 | Texas Alcoholic Bev. Comm., Licenses and Permits Division, PO Box 13127, Austin, TX 78711-3127 |
| 21485652 | + | Email/Text: bcd@oag.texas.gov | Jun 04 2026 00:33:00 | Texas Attorney General, BK-Collections Division, PO Box 12548, Austin, TX 78711-2548 |
| 21485653 | + | Email/Text: THRBankruptcynotice@texashealth.org | Jun 04 2026 00:34:00 | Texas Health Alliance, 10864 Texas Health Trail, Fort Worth, TX 76244-4897 |
| 21488387 | | Email/PDF: ebn_ais@aisinfo.com | Jun 04 2026 00:36:03 | Texas Health Resources, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 21485654 | + | Email/Text: THRBankruptcynotice@texashealth.org | Jun 04 2026 00:34:00 | Texas Health Resources, 612 E Lamar, Arlington, TX 76011-4121 |
| 21485657 | + | Email/Text: collections.pacer@twc.texas.gov | Jun 04 2026 00:34:00 | Texas Workforce Comm., TEC Building-Bankruptcy, 101 E. 15th Street, Austin, TX 78778-0001 |
| 21485658 | + | Email/Text: nlorenz@bankofmissouri.com | Jun 04 2026 00:33:00 | The Bank Of Missouri-Zales, 916 N Kings Hwy, Perryville, MO 63775-1204 |
| 21485659 | + | Email/Text: bankruptcy@trusteecorps.com | Jun 04 2026 00:33:00 | Trustee Corps, 17100 Gillette Ave., Irvine, CA 92614-5603 |
| 21535313 | | Email/Text: USBANK_bkmail@ecf.epiqsystems.com | Jun 04 2026 00:33:00 | U.S. Bank National Association, Bankruptcy Department, 2800 Tamarack Road, Owensboro, Kentucky 42301 |
| 21485661 | + | Email/Text: ustpregion06.da.ecf@usdoj.gov | Jun 04 2026 00:34:00 | U.S. Trustee, 1100 Commerce St., Rm 976, Dallas, TX 75242-0996 |
| 21485665 | + | Email/Text: rdafoe@wslawpc.com | Jun 04 2026 00:33:00 | Waddell Serafino Geary Rechner Jenevein, P.C., 1717 Main St., Suite 2500, Dallas, TX 75201-7341 |
| 21515276 | | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Jun 04 2026 00:36:02 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 83

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 22545707 | | ONSLOW BAY FINANCIAL, LLC., C/O ROCKET MORTGAGE, LLC FKA QUICKEN LOA |
| 21485569 | *+ | Affirm, Inc., 30 Isabella St. Floor 4, Pittsburgh, PA 15212-5862 |
| 21485608 | *+ | Internal Revenue Service, Philadelphia, PA 19101, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 21537746 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, c/o Credit Asset Sales LLC, POB 41067, Norfolk VA 23541 |
| 21485626 | *+ | Paul Ervin Reed, 120 Saddle Ridge Drive, Godley, TX 76044-3878 |
| 21485650 | *+ | Tdecu, 1001 FM 2004, Lake Jackson, TX 77566-4027 |
| 21485663 | *P++ | U S BANK, 4801 FREDERICA STREET, OWENSBORO KY 42301-7441, address filed with court:, Us Bank, 200 South Sixth St., Minneapolis, MN 55401 |

TOTAL: 1 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

District/off: 0539-4                          User: admin                              Page 6 of 7
Date Rcvd: Jun 03, 2026                       Form ID: pdf013                           Total Noticed: 123

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 05, 2026                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 2, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Clayton Everett | on behalf of Plaintiff Paul Ervin Reed Jr. clayton@norredlaw.com clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |
| Clayton Everett | on behalf of Debtor Deborah Denise Reed clayton@norredlaw.com clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |
| Clayton Everett | on behalf of Joint Debtor Paul Ervin Reed Jr. clayton@norredlaw.com clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |
| Clayton Everett | on behalf of Plaintiff Deborah Denise Reed clayton@norredlaw.com clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |
| Dominique M. Varner | on behalf of Creditor Rocket Mortgage  LLC fka Quicken Loans, LLC dvarner@hwa.com |
| Elizabeth Banda Calvo | on behalf of Creditor Johnson County ebcalvo@pbfcm.com  rgleason@pbfcm.com |
| Elizabeth Banda Calvo | on behalf of Creditor City of Godley ebcalvo@pbfcm.com  rgleason@pbfcm.com |
| Elizabeth Banda Calvo | on behalf of Creditor Godley ISD ebcalvo@pbfcm.com  rgleason@pbfcm.com |
| Michael Weems | on behalf of Creditor Rocket Mortgage  LLC fka Quicken Loans, LLC mlw@hwa.com |
| Nathan Frederick Jones Smith | on behalf of Creditor McNeil & Meyers Receivables Management Group  LLC nathan@mclaw.org, TXND_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com |
| Nathan Frederick Jones Smith | on behalf of Defendant McNeil & Meyers Receivables Management Group  LLC nathan@mclaw.org, TXND_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com |
| Pam Bassel | fwch13cmecf@fwch13.com |
| Pam Bassel | on behalf of Trustee Pam Bassel fwch13cmecf@fwch13.com |
| Stephen Wilcox | on behalf of Creditor TD Bank  N.A., successor in interest to TD Auto Finance LLC kraudry@wilcoxlaw.net, swilcoxndtx@wilcoxlaw.net;krw77@sbcglobal.net;kraudry@ecf.inforuptcy.com |
| Tom W. Sharp | on behalf of Creditor Nebraska Furniture Mart Inc. tsharp@blalack.com  bksupport@blalack.com |
| United States Trustee | ustpregion06.da.ecf@usdoj.gov |
| Warren V. Norred | on behalf of Joint Debtor Paul Ervin Reed Jr. warren@norredlaw.com anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |
| Warren V. Norred | |

District/off: 0539-4 | User: admin | Page 7 of 7
Date Rcvd: Jun 03, 2026 | Form ID: pdf013 | Total Noticed: 123

    on behalf of Debtor Deborah Denise Reed warren@norredlaw.com
anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com

Warren V. Norred

    on behalf of Plaintiff Deborah Denise Reed warren@norredlaw.com
anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com

Warren V. Norred

    on behalf of Plaintiff Paul Ervin Reed Jr. warren@norredlaw.com
anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com

TOTAL: 20

Pam Bassel
Chapter 13 Standing Trustee
860 Airport Freeway, Ste 150
Hurst, TX 76054
Telephone: (817) 916-4710

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

In Re:                                                            Case No: 24-44478-MXM

Deborah Denise Reed & Paul Ervin Reed Jr

        Debtors

---

**NOTICE OF FILING OF FINAL REPORT AND ACCOUNT BY TRUSTEE**

---

Notice is hereby given pursuant to 11 U.S.C. § 350 and Bankruptcy Rule 5009 that Pam Bassel, Chapter 13 Trustee, has filed a Final Report and Account in the above styled and numbered case certifying that the estate has been fully administered.  The Final Report and Account is on file with the CLERK OF THE BANKRUPTCY COURT, 128 U.S. Courthouse, 10th and Lamar Street, Fort Worth, Texas  76102-3643 and is available for review.  A summary of the report is as follows:

| | |
|---|---|
| Net Receipts | $12,998.58 |
| Administrative Disbursements  * | $2,827.42 |
| Debtor Refund Disbursements | $917.42 |
| Secured Disbursements | $10,171.16 |
| Priority Disbursements | $0.00 |
| Unsecured Disbursements | $0.00 |

\* Includes Attorney Fees, Notice Fees, Trustee Fees and Clerk 's Fees

| | |
|---|---|
| Total Disbursements | $13,916.00 |

Notice is further given that unless an objection is filed by the United States Trustee or a party in interest within 30 days of service of this notice, the Court may declare that the bankruptcy estate has been fully administered, and that the Trustee should be discharged and further liability on said Trustee 's bond with respect to this case can be terminated.

                    /s/ Pam Bassel

                    Standing Chapter 13 Trustee