

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed July 8, 2026**

_United States Bankruptcy Judge_

---

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

**IN RE:**                                                                   **CASE NO.: 24-44478-MXM**

**DEBORAH DENISE REED**

120 SADDLE RIDGE DR
GODLEY, TX 76044
SSN/TIN: XXX-XX-7536

**PAUL ERVIN REED JR**

120 SADDLE RIDGE DR
GODLEY, TX 76044
SSN/TIN: XXX-XX-5941

**DEBTORS**

---

**ORDER DISCHARGING STANDING TRUSTEE,
TERMINATING FURTHER LIABILITY ON BOND, AND CLOSING CASE**

---

It appearing to the Court that Pam Bassel, Standing Chapter 13 Trustee in the above-styled case pending under Chapter 13 of Title 11 of the United States Code, has filed a Final Report and Accounting showing that the estate in this case has been fully administered; that the Standing Trustee does not hold any funds to be paid or distributed in this case; that the Trustee should be discharged and further liability on the said Trustee's bond with respect to this case be terminated.

IT IS THEREFORE ORDERED:

That Pam Bassel, Standing Chapter 13 Trustee in this case, is discharged; that the Trustee and the sureties or surety on the Trustee's Bond are relieved from liability with respect to this case, except such liability as may have accrued heretofore; that such Bond is cancelled; and that the Chapter 13 case of the above-named Debtors is closed.

# # # End of Order # # #