**Fill in this information to identify the case:**

Debtor 1   DEBORAH DENISE REED
Debtor 2   PAUL ERVIN REED JR.

United States Bankruptcy Court for the: NORTHERN District of Texas
Case number   24-44478

Official Form 410S1
**Notice of Mortgage Payment Change**                                               12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

| | |
|---|---|
| **Name of Creditor:**<br>ROCKET MORTGAGE, LLC FKA QUICKEN LOANS, LLC | **Court Claim no. (if known):**<br>11 |
| **Last four digits of any number you use to identify the debtor's account:** XXXX5072 | **Date of payment change:**<br>Must be at least 21 days after date of this notice<br>May 1, 2025<br><br>**New total payment:** $2,542.79<br>Principal, interest and escrow, if any |

**Part 1:    Escrow Account Payment Adjustment**

1. Will there be a change in the debtor's escrow account payment

☐ No

■ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable non-bankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

Current escrow payment: $ 866.19              New escrow payment: $1,293.34

**Part 2:    Mortgage Payment Adjustment**

2. Will there be a change in the debtor's mortgage payment for a reason not listed above?

■ No

☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable non-bankruptcy law. If a notice is not attached, explain why: _____

Current interest rate:                           New interest rate:

Current principal and interest payment:          New principal and interest payment:

**Part 3:    Other Payment Change**

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

Escrow Chg 2024-005674 cmmartinez

Debtor 1: <u>DEBORAH DENISE REED</u>    Case number 24-44478

☒ No

☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. *(Court approval may be required before the payment change can take effect.)*

Reason for change: _____

**Current mortgage payment:** $                    **New mortgage payment:** $

### Part 4:    Sign Here

**The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.**

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.
(Attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information and reasonable belief.

**Signature:** _____    **Date:** 3/25/25

**Dominique Varner** TBA #00791182/FIN 18805
Direct: 713-590-4218, dvarner@hwa.com;

**Print:**    **Michael Weems** TBA #24066273
Direct: 713-590-4222, mweems@hwallp.com

**Company:**    Hughes Watters & Askanase, LLP
**Address:**    1201 Louisiana, Suite 2800
Houston, Texas 77002
**Contact Phone:** 713-590-4200

**Title:** Attorney for ROCKET MORTGAGE, LLC FKA QUICKEN LOANS, LLC

**Email:** dvarner@hwa.com
mweems@hwa.com

Debtor 1: DEBORAH DENISE REED          Case number 24-44478

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been sent by electronic mail or by First Class U. S. Mail, postage prepaid on the 28th day of March, 2025, to:

| | |
|---|---|
| DEBTORS<br>DEBORAH DENISE REED<br>PAUL ERVIN REED JR.<br>120 SADDLE RIDGE DR<br>GODLEY, TX  76044 | DEBTOR'S ATTORNEY<br>WARREN NORRED<br>NORRED LAW, PLLC<br>515 E. BORDER STREET<br>ARLINGTON, TX 76010 |
| TRUSTEE<br>PAM BASSEL<br>CHAPTER 13 TRUSTEE<br>860 AIRPORT FREEWAY<br>SUITE 150<br>HURST, TX 76054 | OFFICE OF THE U.S. TRUSTEE<br>1100 COMMERCE STREET, ROOM 976<br>DALLAS, TX  75202 |

_/s/ Dominique Varner_
Dominique Varner    TBA #00791182/FIN 18805
Michael Weems       TBA #24066273

**ROCKET Mortgage**
1050 Woodward Avenue | Detroit, MI 48226

**Annual Escrow Account Disclosure Statement**

DEBORAH D REED
120 SADDLE RIDGE DR
GODLEY TX 76044

### Loan Information
| | |
|---|---|
| Loan Number: | ▮▮▮▮ |
| Property Address: | 120 Saddle Ridge Dr, Godley, TX 76044 |
| Statement Date: | 03/12/2025 |
| New Payment Effective Date: | 05/01/2025 |

## 1. Your Escrow Account Has A Shortage And Deficiency

To take a closer look at your numbers, sign in to Rocket Mortgage® and click on the Loan Information tab.

Due to an increase in your taxes and/or insurance, your escrow account is short $1,727.14. Your escrow account has a negative balance at this time.

### Projected Escrow Account Balance
| | |
|---|---|
| Projected Minimum Balance: | - $4,008.74 |
| Required Minimum Balance: | $1,972.57 |
| **Shortage Amount:** | **$1,727.14** |

Note: This amount has been adjusted to account for the bankruptcy proof of claim.

## 2. Your Payment Is Changing

Your escrow payment is increasing. You have a shortage of $1,727.14 that is being spread over 12 months.

### Breaking Down The Numbers
| | Current | New |
|---|---|---|
| Principal & Interest: | $1,249.45 | $1,249.45 |
| Escrow Payment: | $866.19 | $1,149.41 |
| Shortage: | | $143.93 |
| **Monthly Payment:** | **$2,115.64** | **$2,542.79** |

Please note that the current payment amount listed above is the payment amount that the loan is due for under the terms of the security instrument. This may differ from the payment amount under the terms of the bankruptcy plan.



Mortgage Payment Breakdown

■ Principal & Interest    ■ Escrow Payment    ▪ Shortage

### Quick And Easy Payment Options

🖥 RocketMortgage.com       📱 Rocket Mortgage® mobile app       🕐 24/7 access at (800) 508-0944

QL026

THIS SPACE INTENTIONALLY LEFT BLANK

Page 1

# ROCKET Mortgage
1050 Woodward Avenue | Detroit, MI 48226

**Annual Escrow Account Disclosure Statement**

## 3. A Closer Look At Your Escrow Account History

### Escrow Account Disbursement From January 2025 To April 2025

| | | | |
|---|---:|---|---:|
| Estimated Insurance: | $5,293.39 | Estimated Total: | $5,293.39 |
| Actual Insurance: | $6,588.78 | Actual Total: | $6,588.78 |

This section highlights the differences between the estimated and actual payment amounts for the insurance and shows the reason for the current shortage.

The actual amounts paid out for insurance over the past year, as shown here, are used as the basis for our projections for the upcoming 12 months.

The table below details the activity history for your escrow account from last year. The differences in your insurance payment amounts are  highlighted in yellow.  Please keep in mind that the history will reflect the month in which the payment or disbursement was made. This may be different than the payment or disbursement due date.

### Escrow Account Activity History For January 2025 To April 2025

| | | Payments | | Disbursements | | Balance | |
|---|---|---:|---:|---:|---:|---:|---:|
| Date | Activity | Estimated | Actual | Estimated | Actual | Estimated | Actual |
| 01/2025 | Beginning Balance | | | | | $4,640.91 | - $2,211.83 [D] |
| 01/2025 | Deposit | $1,041.46 | $866.19 | $0.00 | $0.00 | $5,682.37 | - $1,345.64 [D] |
| 01/2025 | Withdrawal - MORTGAGE INS | $0.00 | $0.00 | $163.12 | $163.12 | $5,519.25 | - $1,508.76 [D] |
| 02/2025 | Deposit | $1,041.46 | $0.00 | $0.00 | $0.00 | $6,560.71 | - $1,508.76 [D] |
| 02/2025 | Withdrawal - HOMEOWNERS INS | $0.00 | $0.00 | $4,640.91 | $5,936.30 | $1,919.80 | - $7,445.06 [D] |
| 02/2025 | Withdrawal - MORTGAGE INS | $0.00 | $0.00 | $163.12 | $163.12 | $1,756.68 | - $7,608.18 [D] |
| 03/2025 | Deposit | $1,041.46 | $4,856.76 | $0.00 | $0.00 | $2,798.14 | - $2,751.42 [D**] |
| 03/2025 | Withdrawal - MORTGAGE INS | $0.00 | $0.00 | $163.12 | $163.12 | $2,635.02 | - $2,914.54 [D] |
| 04/2025 | Deposit | $1,041.46 | $1,041.46 | $0.00 | $0.00 | $3,676.48 | - $1,873.08 [D**] |
| 04/2025 | Withdrawal - MORTGAGE INS | $0.00 | $0.00 | $163.12 | $163.12 | $3,513.36 | - $2,036.20 [D**] |
| **Totals** | | **$4,165.84** | **$6,764.41** | **$5,293.39** | **$6,588.78** | | |

** This amount is a projection as of the date of this analysis. It has not been received or remitted at this time.
[D] Your account had or is projected to have a deficiency. This is a negative balance in your account.

THIS SPACE INTENTIONALLY LEFT BLANK

continued →
Page 2
QL026

**ROCKET Mortgage**
1050 Woodward Avenue | Detroit, MI 48226

**Annual Escrow Account Disclosure Statement**

## 4. A Closer Look At Projections For Your Escrow Account

### Escrow Account Projection

| Description | Annual Amount |
|---|---|
| MORTGAGE INS: | $1,957.44 |
| COUNTY TAXES: | $5,899.14 |
| HOMEOWNERS INS: | $5,936.30 |
| **Total Annual Taxes And Insurance:** | **$13,792.88** |
| **New Monthly Escrow Payment:** | **$1,149.41** |

The table below details the projected activity for your escrow account. The minimum required balance, highlighted in yellow, is determined by the Real Estate Settlement Procedures Act (RESPA), your mortgage contract or state law. Your account's selected minimum allowed balance or cushion is $1,972.57. Your minimum required balance may include up to two months of escrow payments to cover increases in your taxes and insurance.

The actual amounts paid out for taxes and insurance, as shown in the Escrow Account Activity History Table, are used as the basis for our projections for the upcoming year.

### Future Escrow Account Activity For May 2025 To April 2026

| Date | Activity | Payments Estimated | Disbursements Estimated | Balance Estimated | Balance Required |
|---|---|---|---|---|---|
| 05/2025 | Beginning Balance | | | - $2,036.20 | $3,945.11 |
| 05/2025 | Deposit | $1,149.41 | $0.00 | - $886.79 | $5,094.52 |
| 05/2025 | Withdrawal - MORTGAGE INS | $0.00 | $163.12 | - $1,049.91 | $4,931.40 |
| 06/2025 | Deposit | $1,149.41 | $0.00 | $99.50 | $6,080.81 |
| 06/2025 | Withdrawal - MORTGAGE INS | $0.00 | $163.12 | - $63.62 | $5,917.69 |
| 07/2025 | Deposit | $1,149.41 | $0.00 | $1,085.79 | $7,067.10 |
| 07/2025 | Withdrawal - MORTGAGE INS | $0.00 | $163.12 | $922.67 | $6,903.98 |
| 08/2025 | Deposit | $1,149.41 | $0.00 | $2,072.08 | $8,053.39 |
| 08/2025 | Withdrawal - MORTGAGE INS | $0.00 | $163.12 | $1,908.96 | $7,890.27 |
| 09/2025 | Deposit | $1,149.41 | $0.00 | $3,058.37 | $9,039.68 |
| 09/2025 | Withdrawal - MORTGAGE INS | $0.00 | $163.12 | $2,895.25 | $8,876.56 |
| 10/2025 | Deposit | $1,149.41 | $0.00 | $4,044.66 | $10,025.97 |
| 10/2025 | Withdrawal - MORTGAGE INS | $0.00 | $163.12 | $3,881.54 | $9,862.85 |
| 11/2025 | Deposit | $1,149.41 | $0.00 | $5,030.95 | $11,012.26 |
| 11/2025 | Withdrawal - MORTGAGE INS | $0.00 | $163.12 | $4,867.83 | $10,849.14 |
| 12/2025 | Deposit | $1,149.41 | $0.00 | $6,017.24 | $11,998.55 |
| 12/2025 | Withdrawal - MORTGAGE INS | $0.00 | $163.12 | $5,854.12 | $11,835.43 |
| 12/2025 | Withdrawal - COUNTY TAXES | $0.00 | $5,899.14 | - $45.02 | $5,936.29 |
| 01/2026 | Deposit | $1,149.41 | $0.00 | $1,104.39 | $7,085.70 |
| 01/2026 | Withdrawal - MORTGAGE INS | $0.00 | $163.12 | $941.27 | $6,922.58 |
| 02/2026 | Deposit | $1,149.41 | $0.00 | $2,090.68 | $8,071.99 |
| 02/2026 | Withdrawal - MORTGAGE INS | $0.00 | $163.12 | $1,927.56 | $7,908.87 |
| 02/2026 | Withdrawal - HOMEOWNERS INS | $0.00 | $5,936.30 | - $4,008.74 | $1,972.57 L |
| 03/2026 | Deposit | $1,149.41 | $0.00 | - $2,859.33 | $3,121.98 |

Note: Your remaining Future Escrow Account Activity is on the next page.

continued →

**ROCKET Mortgage**
1050 Woodward Avenue | Detroit, MI 48226

**Annual Escrow Account Disclosure Statement**

### Future Escrow Account Activity For May 2025 To April 2026 Continued

| Date | Activity | Payments Estimated | Disbursements Estimated | Balance Estimated | Balance Required |
|---|---|---|---|---|---|
| 03/2026 | Withdrawal - MORTGAGE INS | $0.00 | $163.12 | - $3,022.45 | $2,958.86 |
| 04/2026 | Deposit | $1,149.41 | $0.00 | - $1,873.04 | $4,108.27 |
| 04/2026 | Withdrawal - MORTGAGE INS | $0.00 | $163.12 | - $2,036.16 | $3,945.15 |
|  | **Totals** | **$13,792.92** | **$13,792.88** |  |  |

ᴸThis amount denotes the projected low point balance.

THIS SPACE INTENTIONALLY LEFT BLANK

If you have an active bankruptcy or you received a bankruptcy discharge, we are sending this for informational or legal purposes only. We're not trying to collect against you personally. If you have any questions about this communication or your obligation to pay, please contact your attorney. If you want to send us a Qualified Written Request, a Notice of Error, or an Information Request, you must mail it to Rocket Mortgage, LLC, P.O. Box 442359, Detroit, MI 48244-2359, or fax it to (877) 382-3138.

**Phone:** (800) 508-0944
**Email:** ServicingHelp@RocketMortgage.com
**Secure Fax:** (877) 380-5084
**Hours:** Monday - Friday: 8:30 a.m. - 9:00 p.m. ET
Saturday: 9:00 a.m. - 4:00 p.m. ET
**Preguntas:** (800) 982-2544